B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Western District of Kentucky** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dippin' Dots, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>37-1225393 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5101 Charter Oak Drive<br>Paducah, KY<br>ZIP Code 42001-5209 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>McCracken | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Dippin' Dots, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10) **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Dippin' Dots, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Todd A. Farmer
_____
Signature of Attorney for Debtor(s)

Todd A. Farmer 86214
_____
Printed Name of Attorney for Debtor(s)

Farmer & Wright, PLLC
_____
Firm Name
329 N. 5th St.
P. O. Box 7766
Paducah, KY 42002-7766
_____
Address

stephanie@sfk-law.com; melody@sfk-law.com
270-443-4431  Fax: 270-443-4631
_____
Telephone Number

November  3, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Curt Jones
_____
Signature of Authorized Individual

Curt Jones
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

November  3, 2011
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re    Dippin' Dots, Inc.                                           Case No. _____

                                                     Debtor(s)           Chapter      11    _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Air Liquide 11 P. O. Box 95198 Chicago, IL 60694-5198 | Air Liquide 11 P. O. Box 95198 Chicago, IL 60694-5198 | Business operating expense | | 7,068.90 |
| Airgas Gas Operations P. O. Box 951873 Dallas, TX 75395-1873 | Airgas Gas Operations P. O. Box 951873 Dallas, TX 75395-1873 | Business operating expense | | 7,950.49 |
| AMEX P. O. Box 650448 TX 75276-0448 | AMEX P. O. Box 650448 TX 75276-0448 | Business operating expense | | 7,260.03 |
| AMEX Corp P. O. Box 650448 Dallas, TX 75265-0448 | AMEX Corp P. O. Box 650448 Dallas, TX 75265-0448 | Business operating expense | | 35,505.23 |
| Aramark Uniform Services P. O. Box 60445 Saint Louis, MO 63160 | Aramark Uniform Services P. O. Box 60445 Saint Louis, MO 63160 | Business operating expense | | 4,673.80 |
| Auto Trim Design P. O. Box 832 Cape Girardeau, MO 63702 | Auto Trim Design P. O. Box 832 Cape Girardeau, MO 63702 | Business operating expense | | 2,625.00 |
| Averitt Express, Inc. P. O. Box 102159 Atlanta, GA 30368-2159 | Averitt Express, Inc. P. O. Box 102159 Atlanta, GA 30368-2159 | Business Operating Expense | | 2,942.11 |
| Cryovac Sealed Air Corp. 91279 Collections Center Drive Chicago, IL 60693-1279 | Cryovac Sealed Air Corp. 91279 Collections Center Drive Chicago, IL 60693-1279 | Business operating expense | | 33,265.46 |
| DALB, Inc. 73 Industrial Blvd Kearneysville, WV 25430 | DALB, Inc. 73 Industrial Blvd Kearneysville, WV 25430 | Business operating expense | | 2,496.85 |
| Dippin' Dots Franchising, Inc. P. O. Box 9207 Paducah, KY 42002-9207 | Dippin' Dots Franchising, Inc. P. O. Box 9207 Paducah, KY 42002-9207 | Business operating expense | | 31,125.76 |
| Emerson Climate P. O. Box 70156 Chicago, IL 60673 | Emerson Climate P. O. Box 70156 Chicago, IL 60673 | Business operating expense | | 9,600.87 |
| Federal Express P. O. Box 371461 Pittsburgh, PA 15250-7461 | Federal Express P. O. Box 371461 Pittsburgh, PA 15250-7461 | Business operating expense | | 2,869.78 |

B4 (Official Form 4) (12/07) - Cont.

In re   Dippin' Dots, Inc.                                                    Case No.  _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state market value of security]* |
|---|---|---|---|---|
| FedEx Freight East<br>4103 Collection Center Drive<br>Chicago, IL 60693 | FedEx Freight East<br>4103 Collection Center Drive<br>Chicago, IL 60693 | Business operating expense | | 19,382.74 |
| FedEx Freight West, Inc.<br>P. O. Box 10306<br>Dept. Ch<br>Palatine, IL 60055-0306 | FedEx Freight West, Inc.<br>P. O. Box 10306<br>Dept. Ch<br>Palatine, IL 60055-0306 | Business operating expense | | 5,088.78 |
| GMAC<br>P. O. Box 51014<br>Carol Stream, IL 60125-1014 | GMAC<br>P. O. Box 51014<br>Carol Stream, IL 60125-1014 | 2008 Chevy Silverados (2) | | 50,420.00<br><br>(40,000.00 secured) |
| Mayekawa USA<br>8750 W. Bryn Mawr Ave #190<br>Chicago, IL 60631 | Mayekawa USA<br>8750 W. Bryn Mawr Ave #190<br>Chicago, IL 60631 | Business operating expense | | 6,101.22 |
| Paducah Water<br>P. O. Box 2477<br>Paducah, KY 42002 | Paducah Water<br>P. O. Box 2477<br>Paducah, KY 42002 | Utilities | | 2,420.78 |
| Peoples Bank<br>2803 17th Street<br>P. O. Box 1639<br>Marion, IL 62959-1639 | Peoples Bank<br>2803 17th Street<br>P. O. Box 1639<br>Marion, IL 62959-1639 | Loan | | 657,000.00 |
| Rhino Foods, Inc.<br>P. O. Box 1664<br>Mechanicsburg, PA 17050 | Rhino Foods, Inc.<br>P. O. Box 1664<br>Mechanicsburg, PA 17050 | Business operating expense | | 39,500.00 |
| United Refrigeration<br>P. O. Box 678458<br>Dallas, TX 75267-8458 | United Refrigeration<br>P. O. Box 678458<br>Dallas, TX 75267-8458 | Business operating expense | | 5,822.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  November 3, 2011                               Signature   /s/ Curt Jones
                                                                 Curt Jones
                                                                 President


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Western District of Kentucky

In re   Dippin' Dots, Inc.                                         Case No.

                                       Debtor(s)          Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $27,767,000.00 | 2011 YTD (September) |
| $26,740,000.00 | 2010 |
| $33,850,322.00 | 2009 |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                    SOURCE

### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached schedule | | $0.00 | $0.00 |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Schedule | | $0.00 | $0.00 |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Regions Bank v. Dippin Dots, Inc, et al | Foreclosure Action | McCracken Circuit Court 11-CI-0077 | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Stout, Farmer & King, PLLC<br>329 N. 5th Street<br>P. O. Box 7766<br>Paducah, KY 42002-7766 | 4/30/2011 | $75,000 - Bankruptcy Retainer |

4

### 10. Other transfers

None
■
    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BB&T<br>1601 Broadway<br>Paducah, KY 42001 | Checking | 8/2011 - transferred to Regions Bank |
| PNC Bank | Checking | 8/2011 - transferred to Regions Bank |

### 12. Safe deposit boxes

None
■
    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■
    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■
    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                                        DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS        NAME AND ADDRESS OF        DATE OF            ENVIRONMENTAL
                              GOVERNMENTAL UNIT           NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS        NAME AND ADDRESS OF        DATE OF            ENVIRONMENTAL
                              GOVERNMENTAL UNIT           NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                      DOCKET NUMBER                      STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Quo Vadis, Inc. | 20-1372727 | 5101 Charter Oak Drive Paducah, KY 42001 | Airplane holding company | 4/05 - present |
| Dippin Dots Austraila, Inc. | 69-082292457 | | Australian operating company | |
| Dippin' Dots Global, Inc, | IE 6417025R | 5101 Charter Oak Drive Paducah, KY 42001 | Foreign Operating Company | - Present |
| Dippin' Dots Mexico, Inc. | | | Mexican operating company | |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Blythe, White and Associates 2660 West Park Drive Paducah, KY 42001 | 2000 - present |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Blythe, White and Associates | 2660 West Park Drive Paducah, KY 42001 | 2009 & 2010 |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Regions Bank<br>8182 Maryland Avenue<br>Mail Code MOSL20201I<br>Saint Louis, MO 63105 | various |
| Geoff Livingston - Green Bank<br>Clarksville, TN | 2011 |
| Bobby Hawkins - Regions Bank<br>c/o Regions Bank<br>St. Louis, MO | 2011 |
| John Bryson (graduate student)<br>Nashville, TN | 2011 |
| J. W. Clements (loan broker) | 2011 |
| Joseph Bonora - Aileron Capital<br>Tampa, FL | 2011 |
| Stewart Chesters - Republic Finance<br>New Orleans, LA | 2011 |
| Jacob Dinsdale - Varilease<br>Salt Lake City, UT | 2011 |
| Trenton Jelaco - Tetra Financial<br>Salt Lake City, UT | 2011 |
| Brad Freer - Capital World<br>c/o Capital World<br>CA | 2011 |

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 12/31/09 | Michael Milner | $2,242,269 |
| 12/31/10 | Michael Milner | 1,803,097 |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12/31/09 | Michael Milner |
| 12/31/10 | Michael Milner |

8

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Curt Jones | President | 80.25% |
| Connie Ulrich | None | 18.75% |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See attached schedule | | |

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Employee Matching Contribution to 401(k)s - none since 2007 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    November  3, 2011                    Signature    /s/ Curt Jones

                                                                             Curt Jones
                                                                              President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Dippin' Dots Inc.
Check Written > $5,850.00
Period:  08/01/2011 thru 10/31/2011

| Check Number | Vendor ID | Vendor Name | Date | Bank | Amount |
|---|---|---|---|---|---|
| 144735 | DIPPIN' DOTS | Dippin' Dots, Inc | 8/1/2011 | BB&T CONT DISB | 300,000.00 |
| 161147 | C.H. ROBINSON | C.H. ROBINSON CO, INC. | 8/1/2011 | OPER-U.P. | 8,700.00 |
| 161150 | CRYOVAC | SEALED AIR CORPORATION | 8/1/2011 | OPER-U.P. | 48,129.79 |
| 161163 | REDLINE RACING | REDLINE RACING | 8/1/2011 | OPER-U.P. | 8,570.00 |
| 161166 | S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/1/2011 | OPER-U.P. | 11,761.00 |
| 161167 | TWELTH STREET | TWELFTH STREET WEST, LLC | 8/1/2011 | OPER-U.P. | 13,236.40 |
| 161174 | DD401K | Dippin Dots, Inc.401(k) Profit | 8/2/2011 | OPER-U.P. | 11,363.37 |
| 161206 | INSULFOAM LLC | INSULFOAM CHINO | 8/3/2011 | OPER-U.P. | 7,542.67 |
| 161211 | MISSION FLAVORS | MISSION FLAVORS | 8/3/2011 | OPER-U.P. | 9,924.75 |
| 080311WIREBBT 1 | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 8/3/2011 | BB&T CONT DISB | 246,024.54 |
| 161218 | BUNZL/PAPERCRAF | BUNZL | 8/4/2011 | OPER-U.P. | 28,003.43 |
| 161221 | CRYOVAC | SEALED AIR CORPORATION | 8/4/2011 | OPER-U.P. | 8,270.04 |
| 161223 | ECOLAB | ECOLAB | 8/4/2011 | OPER-U.P. | 6,585.37 |
| 161227 | FABRI-KAL | FABRI-KAL CORPORATION | 8/4/2011 | OPER-U.P. | 45,327.93 |
| 161229 | FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 8/4/2011 | OPER-U.P. | 8,042.94 |
| 161238 | JOHNSON & SCHNE | JOHNSON & SCHNEIDER, LLC | 8/4/2011 | OPER-U.P. | 9,984.20 |
| 161241 | LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 8/4/2011 | OPER-U.P. | 10,098.00 |
| 161246 | PAIN ENTER - IN | AIRGAS DRY ICE | 8/4/2011 | OPER-U.P. | 16,262.69 |
| 161251 | PULLEN BROS | PULLEN BROS., INC. | 8/4/2011 | OPER-U.P. | 6,802.38 |
| 161253 | RHINO FOODS INC | RHINO FOODS, INC | 8/4/2011 | OPER-U.P. | 38,110.00 |
| 161254 | S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/4/2011 | OPER-U.P. | 25,903.50 |
| 161270 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 8/4/2011 | OPER-U.P. | 59,379.85 |
| 161272 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 8/4/2011 | OPER-U.P. | 28,118.63 |
| 161273 | AVERITT 2011 | AVERITT EXPRESS INC. | 8/4/2011 | OPER-U.P. | 45,657.06 |
| 161274 | CCX 2011 | CON-WAY - CWCE | 8/4/2011 | OPER-U.P. | 90,189.27 |
| 161275 | FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 8/4/2011 | OPER-U.P. | 129,752.68 |
| 161277 | BLYTHE & ASSOC | BLYTHE & ASSOCIATES | 8/4/2011 | OPER-U.P. | 11,315.00 |
| 161284 | SO CAL DISTRIBU | SO CAL DISTRIBUTION | 8/4/2011 | OPER-U.P. | 9,392.85 |
| 161285 | WINPAK | Winpak | 8/4/2011 | OPER-U.P. | 7,614.65 |
| 161291 | EPARTNERS, INC | EPARTNERS, INC | 8/4/2011 | OPER-U.P. | 15,122.00 |
| 144736 | DIPPIN' DOTS | Dippin' Dots, Inc | 8/8/2011 | BB&T CONT DISB | 500,000.00 |
| 161305 | AMEX | AMERICAN EXPRESS | 8/8/2011 | OPER-U.P. | 10,574.41 |
| 161309 | CRYOVAC | SEALED AIR CORPORATION | 8/9/2011 | OPER-U.P. | 15,282.92 |
| 161324 | PECAN DELUXE | PECAN DELUXE CANDY COMPANY | 8/9/2011 | OPER-U.P. | 9,514.17 |
| 161325 | REDLINE RACING | REDLINE RACING | 8/9/2011 | OPER-U.P. | 8,621.00 |
| 161326 | SO. CAL EDISON | SOUTHERN CALIFORNIA EDISON | 8/9/2011 | OPER-U.P. | 10,592.97 |

| | | | | | |
|---|---|---|---|---|---:|
| | 161334 | WISE STAFFING | WISE STAFFING SERVICES | 8/9/2011 | OPER-U.P. | 9,987.22 |
| | 144737 | DIPPIN' DOTS | Dippin' Dots, Inc | 8/10/2011 | BB&T CONT DISB | 500,000.00 |
| | 161353 | KRAFT FOODS | KRAFT FOODS | 8/10/2011 | OPER-U.P. | 35,508.49 |
| | 161354 | LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 8/10/2011 | OPER-U.P. | 10,098.00 |
| | 161357 | UNITED FRIG-PA | UNITED REFRIGERATION INC. | 8/10/2011 | OPER-U.P. | 9,790.87 |
| 081011WIREBBT 1 | | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 8/10/2011 | BB&T CONT DISB | 199,529.22 |
| | 161359 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 8/11/2011 | OPER-U.P. | 78,023.39 |
| | 161361 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 8/11/2011 | OPER-U.P. | 20,278.47 |
| | 161364 | AVERITT 2011 | AVERITT EXPRESS INC. | 8/11/2011 | OPER-U.P. | 12,796.66 |
| | 161365 | CCX 2011 | CON-WAY - CWCE | 8/11/2011 | OPER-U.P. | 23,249.75 |
| | 161368 | CRYOVAC | SEALED AIR CORPORATION | 8/11/2011 | OPER-U.P. | 8,363.71 |
| | 161371 | FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 8/11/2011 | OPER-U.P. | 37,347.91 |
| | 161372 | FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 8/11/2011 | OPER-U.P. | 15,963.30 |
| | 161392 | PAIN ENTER - IN | AIRGAS DRY ICE | 8/11/2011 | OPER-U.P. | 18,365.34 |
| | 161393 | PALACE ENTER | PALACE ENTERTAINMENT CORP | 8/11/2011 | OPER-U.P. | 50,000.00 |
| | 161397 | PULLEN BROS | PULLEN BROS., INC. | 8/11/2011 | OPER-U.P. | 10,203.57 |
| | 161399 | R.V. EVANS CO | R.V. EVANS COMPANY | 8/11/2011 | OPER-U.P. | 5,985.00 |
| | 161402 | S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/11/2011 | OPER-U.P. | 10,491.31 |
| | 161416 | WISE STAFFING | WISE STAFFING SERVICES | 8/11/2011 | OPER-U.P. | 12,158.08 |
| | 161417 | PEEL & HOLLAND | PEEL & HOLLAND | 8/11/2011 | OPER-U.P. | 32,910.00 |
| | 161426 | DDI FRANCHISE | DIPPIN DOTS FRANCHISING, INC. | 8/11/2011 | OPER-U.P. | 93,342.91 |
| | 161430 | BENEFIT SUPPORT | BENEFIT SUPPORT INC | 8/15/2011 | OPER-U.P. | 14,516.03 |
| | 161431 | BUNZL/PAPERCRAF | BUNZL | 8/15/2011 | OPER-U.P. | 12,266.60 |
| | 161432 | CACHE RIVER | CACHE RIVER CHEVROLET & RV | 8/15/2011 | OPER-U.P. | 17,500.00 |
| 081511WIREBBT 4 | | CLAYCAMP | Daniel Claycamp | 8/15/2011 | BB&T CONT DISB | 6,104.47 |
| | 161444 | CDW COMPUTER | CDW DIRECT LLC | 8/16/2011 | OPER-U.P. | 7,386.29 |
| | 161445 | CRYOVAC | SEALED AIR CORPORATION | 8/16/2011 | OPER-U.P. | 21,122.20 |
| | 161448 | S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/16/2011 | OPER-U.P. | 16,035.50 |
| 081611WIREBBT 1 | | DD401K | Dippin Dots, Inc.401(k) Profit | 8/16/2011 | BB&T CONT DISB | 11,046.29 |
| | 161455 | BUNZL/PAPERCRAF | BUNZL | 8/17/2011 | OPER-U.P. | 38,362.42 |
| 081711WIREBBT 1 | | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 8/17/2011 | BB&T CONT DISB | 188,017.46 |
| | 161478 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 8/18/2011 | OPER-U.P. | 63,215.67 |
| | 161479 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 8/18/2011 | OPER-U.P. | 21,659.00 |
| | 161483 | AVERITT 2011 | AVERITT EXPRESS INC. | 8/18/2011 | OPER-U.P. | 11,615.91 |
| | 161484 | CCX 2011 | CON-WAY - CWCE | 8/18/2011 | OPER-U.P. | 28,307.43 |
| | 161495 | FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 8/18/2011 | OPER-U.P. | 39,085.70 |
| | 161496 | FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 8/18/2011 | OPER-U.P. | 13,398.84 |
| | 161509 | LICENSING LINK | LICENSING LINK, LTD | 8/18/2011 | OPER-U.P. | 9,093.44 |
| | 161518 | PADUCAH POWER | PADUCAH POWER | 8/18/2011 | OPER-U.P. | 56,652.38 |
| | 161524 | S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/18/2011 | OPER-U.P. | 7,628.83 |

| | | | | |
|---|---|---|---|---:|
| 161535 WISE STAFFING | WISE STAFFING SERVICES | 8/18/2011 | OPER-U.P. | 13,061.07 |
| 161537 PEEL & HOLLAND | PEEL & HOLLAND, INC. | 8/18/2011 | OPER-U.P. | 33,102.00 |
| 161538 PAIN ENTER - IN | AIRGAS DRY ICE | 8/18/2011 | OPER-U.P. | 32,604.23 |
| 081911WIREBBT 1   LYNN,ROBERT | Robert Lynn | 8/19/2011 | BB&T CONT DISB | 10,000.00 |
| 082011WIREUPLCKB TEXAS ST. COMPT | TEXAS STATE COMPTROLLER | 8/20/2011 | UP - LOCKBOX | 21,000.00 |
| 161546 CRESTMARK | CRESTMARK | 8/22/2011 | OPER-U.P. | 15,000.00 |
| 161550 LOEB TERM SOLU | LOEB TERM SOLUTIONS | 8/22/2011 | OPER-U.P. | 7,500.00 |
| 144738 DIPPIN' DOTS | Dippin' Dots, Inc | 8/24/2011 | BB&T CONT DISB | 300,000.00 |
| 161593 PLATINUM-BUNDRE | BUSINESS CARD | 8/24/2011 | OPER-U.P. | 9,349.51 |
| 161627 PLATINUM-SEGEBA | BUSINESS CARD | 8/24/2011 | OPER-U.P. | 5,890.19 |
| 161645 CHARTER OAK PRO | CHARTER OAK PROPERTIES | 8/24/2011 | OPER-U.P. | 15,230.33 |
| 161655 BENEFIT SUPPORT | BENEFIT SUPPORT INC | 8/24/2011 | OPER-U.P. | 15,200.62 |
| 082411WIREBBT 1   PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 8/24/2011 | BB&T CONT DISB | 124,796.22 |
| 161659 AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 8/25/2011 | OPER-U.P. | 88,373.77 |
| 161661 AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 8/25/2011 | OPER-U.P. | 22,911.70 |
| 161664 ARAMARK | ARAMARK UNIFORM SERVICES | 8/25/2011 | OPER-U.P. | 6,075.05 |
| 161670 AVERITT 2011 | AVERITT EXPRESS INC. | 8/25/2011 | OPER-U.P. | 11,217.36 |
| 161674 CCX 2011 | CON-WAY - CWCE | 8/25/2011 | OPER-U.P. | 8,933.80 |
| 161680 FABRI-KAL | FABRI-KAL CORPORATION | 8/25/2011 | OPER-U.P. | 45,337.67 |
| 161682 FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 8/25/2011 | OPER-U.P. | 32,825.13 |
| 161683 FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 8/25/2011 | OPER-U.P. | 11,106.04 |
| 161696 LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 8/25/2011 | OPER-U.P. | 10,098.00 |
| 161707 PULLEN BROS | PULLEN BROS., INC. | 8/25/2011 | OPER-U.P. | 10,263.24 |
| 161712 RHINO FOODS INC | RHINO FOODS, INC | 8/25/2011 | OPER-U.P. | 39,295.00 |
| 161713 SENSIENT FLAVOR | SENSIENT FLAVORS | 8/25/2011 | OPER-U.P. | 8,536.23 |
| 161723 WISE STAFFING | WISE STAFFING SERVICES | 8/25/2011 | OPER-U.P. | 11,978.97 |
| 161724 PEEL & HOLLAND | PEEL & HOLLAND, INC. | 8/25/2011 | OPER-U.P. | 33,102.00 |
| 161726 PECAN DELUXE | PECAN DELUXE CANDY COMPANY | 8/25/2011 | OPER-U.P. | 7,475.13 |
| 161728 S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/25/2011 | OPER-U.P. | 32,647.22 |
| 161729 STOCKWELL | STOCKWELL & SMEDLEY, PSC | 8/25/2011 | OPER-U.P. | 17,054.38 |
| 161731 BUNZL/PAPERCRAF | BUNZL | 8/25/2011 | OPER-U.P. | 22,460.75 |
| 161732 TWELTH STREET | TWELFTH STREET WEST, LLC | 8/25/2011 | OPER-U.P. | 13,236.40 |
| 161733 ARAMARK CORP | Aramark SCM, Inc | 8/25/2011 | OPER-U.P. | 9,256.56 |
| 161741 VIRGIL MARTINEZ | VIRGIL DIAZ MARTINEZ | 8/26/2011 | OPER-U.P. | 18,000.00 |
| 144739 DIPPIN' DOTS | Dippin' Dots, Inc | 8/29/2011 | BB&T CONT DISB | 250,000.00 |
| 161743 BUNZL/PAPERCRAF | BUNZL | 8/29/2011 | OPER-U.P. | 27,083.78 |
| 161763 ECOLAB | ECOLAB | 8/30/2011 | OPER-U.P. | 8,220.08 |
| 161773 PEOPLES BANK | PEOPLES NATIONAL BANK n.a. | 8/30/2011 | OPER-U.P. | 8,518.92 |
| 161779 S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 8/30/2011 | OPER-U.P. | 19,987.10 |
| 083011WIREBBT 1   DD401K | Dippin Dots, Inc.401(k) Profit | 8/30/2011 | BB&T CONT DISB | 12,485.34 |

| | | | | | |
|---|---|---|---|---|---|
| 161792 | LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 8/31/2011 | OPER-U.P. | 10,098.00 |
| 161800 | NEWELL MG | MG NEWELL CORPORATION | 8/31/2011 | OPER-U.P. | 6,479.97 |
| 083111WIREBBT 1 | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 8/31/2011 | BB&T CONT DISB | 129,330.93 |
| 161806 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 9/1/2011 | OPER-U.P. | 52,008.89 |
| 161807 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 9/1/2011 | OPER-U.P. | 22,538.27 |
| 161810 | AVERITT 2011 | AVERITT EXPRESS INC. | 9/1/2011 | OPER-U.P. | 8,871.13 |
| 161813 | CCX 2011 | CON-WAY - CWCE | 9/1/2011 | OPER-U.P. | 35,436.25 |
| 161823 | FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 9/1/2011 | OPER-U.P. | 28,532.21 |
| 161824 | FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 9/1/2011 | OPER-U.P. | 13,355.90 |
| 161848 | PULLEN BROS | PULLEN BROS., INC. | 9/1/2011 | OPER-U.P. | 6,842.16 |
| 161850 | R.V. EVANS CO | R.V. EVANS COMPANY | 9/1/2011 | OPER-U.P. | 5,985.00 |
| 161862 | WISE STAFFING | WISE STAFFING SERVICES | 9/1/2011 | OPER-U.P. | 8,096.74 |
| 161864 | DDI FRANCHISE | DIPPIN DOTS FRANCHISING, INC. | 9/1/2011 | OPER-U.P. | 31,667.81 |
| 144740 | DIPPIN' DOTS | Dippin' Dots, Inc | 9/6/2011 | BB&T CONT DISB | 300,000.00 |
| 161882 | SO. CAL EDISON | SOUTHERN CALIFORNIA EDISON | 9/6/2011 | OPER-U.P. | 9,206.28 |
| 161883 | STOCKWELL | STOCKWELL & SMEDLEY, PSC | 9/6/2011 | OPER-U.P. | 6,834.94 |
| 161888 | VERIZON-PLANT | VERIZON WIRELESS | 9/6/2011 | OPER-U.P. | 9,428.31 |
| 090711WIREBBT 1 | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 9/7/2011 | BB&T CONT DISB | 137,761.72 |
| 161920 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 9/8/2011 | OPER-U.P. | 92,311.05 |
| 161921 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 9/8/2011 | OPER-U.P. | 22,167.39 |
| 161925 | BELMARK, INC. | BELMARK, INC. | 9/8/2011 | OPER-U.P. | 9,742.44 |
| 161927 | BUNZL/PAPERCRAF | BUNZL | 9/8/2011 | OPER-U.P. | 29,238.42 |
| 161930 | CCX 2011 | CON-WAY - CWCE | 9/8/2011 | OPER-U.P. | 18,543.57 |
| 161944 | FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 9/8/2011 | OPER-U.P. | 19,802.01 |
| 161945 | FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 9/8/2011 | OPER-U.P. | 13,073.89 |
| 161952 | LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 9/8/2011 | OPER-U.P. | 10,098.00 |
| 161975 | WISE STAFFING | WISE STAFFING SERVICES | 9/8/2011 | OPER-U.P. | 7,180.69 |
| 161979 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 9/8/2011 | OPER-U.P. | 31,266.51 |
| 161983 | CACHE RIVER | CACHE RIVER CHEVROLET | 9/8/2011 | OPER-U.P. | 12,875.00 |
| 161988 | MAERSK SEALAND | MAERSK LINE | 9/12/2011 | OPER-U.P. | 14,047.24 |
| 161995 | WISE STAFFING | WISE STAFFING SERVICES | 9/12/2011 | OPER-U.P. | 6,785.00 |
| 162017 | DD AD FUND | DIPPIN DOTS ADVERTISING FUND | 9/13/2011 | OPER-U.P. | 15,000.00 |
| 162027 | REDLINE RACING | REDLINE RACING | 9/13/2011 | OPER-U.P. | 9,448.00 |
| 091311WIREBBT 1 | DD401K | Dippin Dots, Inc.401(k) Profit | 9/13/2011 | BB&T CONT DISB | 10,949.19 |
| 162050 | BELMARK, INC. | BELMARK, INC. | 9/14/2011 | OPER-U.P. | 24,303.67 |
| 162055 | BUNZL/PAPERCRAF | BUNZL | 9/14/2011 | OPER-U.P. | 34,000.28 |
| 162058 | CED | CED / E&H ELECTRIC | 9/14/2011 | OPER-U.P. | 6,454.18 |
| 162073 | DALB | DALB, INC. | 9/14/2011 | OPER-U.P. | 7,253.40 |
| 162074 | DIAGRAPH MKTG | DIAGRAPH MARKING & CODING | 9/14/2011 | OPER-U.P. | 6,217.93 |
| 162078 | FABRI-KAL | FABRI-KAL CORPORATION | 9/14/2011 | OPER-U.P. | 45,318.19 |

| | | | | |
|---|---|---|---|---|
| 162095 JOHNSON & SCHNE | JOHNSON & SCHNEIDER, LLC | 9/14/2011 | OPER-U.P. | 6,243.75 |
| 162096 KRAFT FOODS | KRAFT FOODS | 9/14/2011 | OPER-U.P. | 56,814.07 |
| 162099 LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 9/14/2011 | OPER-U.P. | 11,634.00 |
| 162101 MAYEKAWA USA | MAYEKAWA USA, INC. | 9/14/2011 | OPER-U.P. | 8,917.38 |
| 162106 NAT'L PRODUCTS | NATIONAL FLAVORS, INC. | 9/14/2011 | OPER-U.P. | 5,883.68 |
| 162108 NEWELL MG | MG NEWELL CORPORATION | 9/14/2011 | OPER-U.P. | 14,556.94 |
| 162113 PADUCAH POWER | PADUCAH POWER | 9/14/2011 | OPER-U.P. | 54,758.10 |
| 162116 PECAN DELUXE | PECAN DELUXE CANDY COMPANY | 9/14/2011 | OPER-U.P. | 6,266.04 |
| 162145 PULLEN BROS | PULLEN BROS., INC. | 9/14/2011 | OPER-U.P. | 20,327.58 |
| 162147 R.V. EVANS CO | R.V. EVANS COMPANY | 9/14/2011 | OPER-U.P. | 5,985.00 |
| 162149 RHINO FOODS INC | RHINO FOODS, INC | 9/14/2011 | OPER-U.P. | 39,500.00 |
| 162152 S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 9/14/2011 | OPER-U.P. | 36,079.50 |
| 162164 SYSTEMS SOLUTIO | SYSTEMS SOLUTIONS | 9/14/2011 | OPER-U.P. | 6,510.52 |
| 162170 UNITED FRIG-PA | UNITED REFRIGERATION INC. | 9/14/2011 | OPER-U.P. | 13,135.56 |
| 091411WIREBBT 2   PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 9/14/2011 | BB&T CONT DISB | 90,590.74 |
| 162186 AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 9/15/2011 | OPER-U.P. | 173,105.45 |
| 162187 AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 9/15/2011 | OPER-U.P. | 65,523.07 |
| 162189 ARAMARK | ARAMARK UNIFORM SERVICES | 9/15/2011 | OPER-U.P. | 22,990.48 |
| 162190 AVERITT 2011 | AVERITT EXPRESS INC. | 9/15/2011 | OPER-U.P. | 8,108.86 |
| 162191 CCX 2011 | CON-WAY - CWCE | 9/15/2011 | OPER-U.P. | 10,642.94 |
| 162194 FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 9/15/2011 | OPER-U.P. | 24,918.31 |
| 162195 FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 9/15/2011 | OPER-U.P. | 32,007.02 |
| 162199 L.J EXPRESS TRU | L.J EXPRESS TRUCKING COMPANY O | 9/15/2011 | OPER-U.P. | 7,030.00 |
| 162203 PALACE ENTER | PALACE ENTERTAINMENT CORP | 9/15/2011 | OPER-U.P. | 50,000.00 |
| 162206 SIX FLAGS CORP | SIX FLAGS ENTERTAINMENT | 9/15/2011 | OPER-U.P. | 12,000.00 |
| 162212 WISE STAFFING | WISE STAFFING SERVICES | 9/15/2011 | OPER-U.P. | 6,529.95 |
| 162222 ECOLAB | ECOLAB | 9/19/2011 | OPER-U.P. | 7,198.33 |
| 162233 PLATINUM-BUNDRE | BUSINESS CARD | 9/19/2011 | OPER-U.P. | 10,404.11 |
| 162264 SO CAL DISTRIBU | SO CAL DISTRIBUTION | 9/19/2011 | OPER-U.P. | 7,648.35 |
| 092011WIREBBT 1   LYNN,ROBERT | Robert Lynn | 9/20/2011 | BB&T CONT DISB | 10,000.00 |
| 162289 CHARTER OAK PRO | CHARTER OAK PROPERTIES | 9/21/2011 | OPER-U.P. | 15,230.33 |
| 162294 PLATINUM-GROSS | BUSINESS CARD | 9/21/2011 | OPER-U.P. | 8,177.45 |
| 162299 S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 9/21/2011 | OPER-U.P. | 9,985.72 |
| 092111WIREBBT 1   PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 9/21/2011 | BB&T CONT DISB | 134,864.28 |
| 162302 AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 9/22/2011 | OPER-U.P. | 51,839.33 |
| 162303 AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 9/22/2011 | OPER-U.P. | 11,194.23 |
| 162306 AVERITT 2011 | AVERITT EXPRESS INC. | 9/22/2011 | OPER-U.P. | 6,966.46 |
| 162316 FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 9/22/2011 | OPER-U.P. | 14,658.34 |
| 162317 FEDEX F.WEST 11 | FEDEX FREIGHT WEST | 9/22/2011 | OPER-U.P. | 6,597.33 |
| 162318 FLAVORCHEM | FLAVORCHEM | 9/22/2011 | OPER-U.P. | 6,606.46 |

| | | | | | |
|---|---|---|---|---|---|
| | 162325 LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 9/22/2011 | OPER-U.P. | 10,098.00 |
| | 162329 PEOPLES BANK | PEOPLES NATIONAL BANK n.a. | 9/22/2011 | OPER-U.P. | 8,518.92 |
| | 162332 PULLEN BROS | PULLEN BROS., INC. | 9/22/2011 | OPER-U.P. | 10,163.79 |
| | 162349 STOCKWELL | STOCKWELL & SMEDLEY, PSC | 9/22/2011 | OPER-U.P. | 7,087.29 |
| | 162359 INSULFOAM LLC | INSULFOAM CHINO | 9/26/2011 | OPER-U.P. | 7,663.25 |
| | 162366 PECAN DELUXE | PECAN DELUXE CANDY COMPANY | 9/26/2011 | OPER-U.P. | 26,786.23 |
| | 162368 SENSIENT FLAVOR | SENSIENT FLAVORS | 9/26/2011 | OPER-U.P. | 11,381.79 |
| 092711WIREBBT 1 | DD401K | Dippin Dots, Inc.401(k) Profit | 9/27/2011 | BB&T CONT DISB | 10,819.78 |
| 092811WIREBBT 2 | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 9/28/2011 | BB&T CONT DISB | 134,060.84 |
| | 162432 AVERITT 2011 | AVERITT EXPRESS INC. | 10/3/2011 | OPER-U.P. | 7,624.37 |
| | 162435 CCX 2011 | CON-WAY - CWCE | 10/3/2011 | OPER-U.P. | 8,254.82 |
| | 162440 FEDEX F.EAST 11 | FEDEX FREIGHT EAST | 10/3/2011 | OPER-U.P. | 16,441.13 |
| | 162448 PADUCAH POWER | PADUCAH POWER | 10/3/2011 | OPER-U.P. | 49,660.46 |
| | 162451 PULLEN BROS | PULLEN BROS., INC. | 10/3/2011 | OPER-U.P. | 7,697.43 |
| | 162454 SO. CAL EDISON | SOUTHERN CALIFORNIA EDISON | 10/3/2011 | OPER-U.P. | 9,804.85 |
| | 162457 TWELTH STREET | TWELFTH STREET WEST, LLC | 10/3/2011 | OPER-U.P. | 13,236.40 |
| | 162460 WISE STAFFING | WISE STAFFING SERVICES | 10/3/2011 | OPER-U.P. | 8,397.99 |
| | 162461 NISSON OF PAD | NISSAN OF PADUCAH | 10/4/2011 | OPER-U.P. | 30,989.00 |
| | 162468 CRYOVAC | SEALED AIR CORPORATION | 10/4/2011 | OPER-U.P. | 59,453.75 |
| | 162470 ECOLAB | ECOLAB | 10/4/2011 | OPER-U.P. | 13,360.66 |
| | 162480 LOCHHEAD MFG | LOCHHEAD MANUFACTURING CO. | 10/4/2011 | OPER-U.P. | 13,006.50 |
| | 162482 MAY ADVERTISING | MAY ADVERTISING | 10/4/2011 | OPER-U.P. | 7,509.81 |
| | 162489 RHINO FOODS INC | RHINO FOODS, INC | 10/4/2011 | OPER-U.P. | 39,500.00 |
| | 162491 S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 10/4/2011 | OPER-U.P. | 8,199.01 |
| 100511WIREBBT 1 | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 10/5/2011 | BB&T CONT DISB | 36,474.25 |
| | 162504 AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 10/6/2011 | OPER-U.P. | 20,172.12 |
| | 162505 AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 10/6/2011 | OPER-U.P. | 12,629.97 |
| | 162508 ARAMARK | ARAMARK UNIFORM SERVICES | 10/6/2011 | OPER-U.P. | 11,638.24 |
| | 162563 SEKO | SEKO WORLDWIDE | 10/6/2011 | OPER-U.P. | 5,973.29 |
| | 162574 UNITED FRIG-PA | UNITED REFRIGERATION INC. | 10/6/2011 | OPER-U.P. | 8,649.21 |
| | 162429 REDLINE RACING | REDLINE RACING | 10/11/2011 | OPER-U.P. | 6,557.00 |
| | 162613 D17959 | PIERLEONI, GREGG & JOANNE | 10/11/2011 | OPER-U.P. | 6,280.82 |
| | 162629 SODEXHO-REBATE | Sodexo | 10/11/2011 | OPER-U.P. | 12,677.60 |
| | 162634 WISE STAFFING | WISE STAFFING SERVICES | 10/11/2011 | OPER-U.P. | 8,085.54 |
| | 162647 BLYTHE & ASSOC | BLYTHE & ASSOCIATES | 10/12/2011 | OPER-U.P. | 22,080.00 |
| | 162650 BUNZL/PAPERCRAF | BUNZL | 10/12/2011 | OPER-U.P. | 11,140.03 |
| | 162659 GOTHAM GROUP | THE GOTHAM GROUP | 10/12/2011 | OPER-U.P. | 5,985.92 |
| | 162679 R.V. EVANS CO | R.V. EVANS COMPANY | 10/12/2011 | OPER-U.P. | 5,985.00 |
| | 162680 BENEFIT SUPPORT | BENEFIT SUPPORT INC | 10/12/2011 | OPER-U.P. | 15,425.82 |
| 101211WIREBBT 2 | DD401K | Dippin Dots, Inc.401(k) Profit | 10/12/2011 | BB&T CONT DISB | 10,898.44 |

| | | | | | |
|---|---|---|---|---|---:|
| 101211WIREBBT 3 | PRAIRIE FARM-11 | PRAIRIE FARMS DAIRY, INC. | 10/12/2011 | BB&T CONT DISB | 53,913.87 |
| 162721 | AIR LIQUIDE 11 | AIR LIQUIDE INDUSTRIAL U.S.LP | 10/13/2011 | OPER-U.P. | 91,023.62 |
| 162722 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 10/13/2011 | OPER-U.P. | 7,687.16 |
| 162725 | AVERITT 2011 | AVERITT EXPRESS INC. | 10/13/2011 | OPER-U.P. | 6,108.80 |
| 162734 | PLATINUM-HELM | BUSINESS CARD | 10/13/2011 | OPER-U.P. | 6,136.59 |
| 144742 | DIPPIN' DOTS | Dippin' Dots, Inc | 10/17/2011 | BB&T CONT DISB | 300,000.00 |
| 162784 | WISE STAFFING | WISE STAFFING SERVICES | 10/17/2011 | OPER-U.P. | 6,123.91 |
| 162791 | ECOLAB | ECOLAB | 10/18/2011 | OPER-U.P. | 7,662.20 |
| 162798 | PACERS SPORTS | PACERS SPORTS AND ENTERTAINMEN | 10/18/2011 | OPER-U.P. | 14,437.50 |
| 162819 | PLATINUM-BUNDRE | BUSINESS CARD | 10/19/2011 | OPER-U.P. | 8,079.70 |
| 162832 | STOCKWELL | STOCKWELL & SMEDLEY, PSC | 10/19/2011 | OPER-U.P. | 7,228.94 |
| 162834 | AIRGAS GAS OP | AIRGAS GAS OPERATIONS | 10/20/2011 | OPER-U.P. | 6,028.95 |
| 162850 | GH INGREDIENTS | GERTRUDE HAWK CHOCOLATES | 10/20/2011 | OPER-U.P. | 9,861.12 |
| 162861 | PECAN DELUXE | PECAN DELUXE CANDY COMPANY | 10/20/2011 | OPER-U.P. | 8,812.13 |
| 162867 | S.E. MO. BOX CO | S.E.MO. BOX COMPANY | 10/20/2011 | OPER-U.P. | 14,901.56 |
| 102011WIREBBT 1 | LYNN,ROBERT | Robert Lynn | 10/20/2011 | BB&T CONT DISB | 10,000.00 |
| 162878 | MILLER LAW FIRM | MILLER LAW FIRM, LLC | 10/21/2011 | OPER-U.P. | 16,903.00 |
| 162879 | REPUBLIC BUS | REPUBLIC BUSINESS CREDIT, LLC | 10/21/2011 | OPER-U.P. | 8,000.00 |
| 144743 | DIPPIN' DOTS | Dippin' Dots, Inc | 10/25/2011 | BB&T CONT DISB | 100,000.00 |
| 162882 | CHARTER OAK PRO | CHARTER OAK PROPERTIES | 10/25/2011 | OPER-U.P. | 15,230.33 |
| 102511WIREBBT 1 | DD401K | Dippin Dots, Inc.401(k) Profit | 10/25/2011 | BB&T CONT DISB | 10,949.94 |
| 162905 | PADCIT | CITY TREASURER | 10/27/2011 | OPER-U.P. | 23,517.52 |
| 162916 | BENEFIT SUPPORT | BENEFIT SUPPORT INC | 10/27/2011 | OPER-U.P. | 15,427.05 |
| 162937 | PEOPLES BANK | PEOPLES NATIONAL BANK n.a. | 10/27/2011 | OPER-U.P. | 8,518.92 |
| 162946 | AMEX | AMERICAN EXPRESS | 10/31/2011 | OPER-U.P. | 14,510.26 |
| 162959 | WISE STAFFING | WISE STAFFING SERVICES | 10/31/2011 | OPER-U.P. | 10,516.51 |

Total    8,848,321.31

B6A (Official Form 6A) (12/07)

In re    Dippin' Dots, Inc.                                                    ,    Case No. _____
                                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| DDI Headquarters and Manufacturing Facility 5101 Charter Oak Drive Paducah, KY 42001 | | - | 2,000,000.00 | 2,000,000.00 |

|  | Sub-Total > | 2,000,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 2,000,000.00 | |

____0____    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re      Dippin' Dots, Inc.                                                                     ,        Case No. _____
                                                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Regions Bank | - | 5,000.00 |
| | | Branch Banking & Trust | - | 75,000.00 |
| | | Branch Banking & Trust Co. | - | 624,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        704,000.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Dippin' Dots, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Various A/R | - | 4,797,398.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Notes Receivable | - | 1,561,569.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       6,358,967.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                         ,      Case No.
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Intangible Assets | - | 373,163.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevy Silverados (2) | - | 40,000.00 |
| | | 2008 Nissan Altima | - | 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Freezers, Buildings, Equipment and Leasehold Improvements (Carrying value) | - | 7,607,350.00 |
| | | Misc Equipment | - | 3,650.00 |
| 30. Inventory. | | Ice Cream Inventory | - | 3,139,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    11,170,163.00
(Total of this page)

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Total >    18,233,130.00

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re     Dippin' Dots, Inc.                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>GMAC<br>P. O. Box 51014<br>Carol Stream, IL 60125-1014 | | - | | | 2008 Chevy Silverados (2)<br><br><br>Value $   40,000.00 | | | | 50,420.00 | 10,420.00 |
| Account No.<br><br>Nissan Motor Acceptance<br>P. O. Box 0548<br>Carol Stream, IL 60132-0548 | | - | | | 2008 Nissan Altima<br><br><br>Value $   7,000.00 | | | | 2,522.72 | 0.00 |
| Account No.<br><br>Region's Bank<br>8182 Maryland Avenue<br>Mail Code MOSL20201L<br>Saint Louis, MO 63105 | | - | | | Security Interest - Cross Collateralized<br><br>Ice Cream Inventory<br><br>Value $   3,139,000.00 | | | | 2,367,000.00 | 0.00 |
| Account No.<br><br>Region's Bank<br>8182 Maryland Avenue<br>Mail Code MOSL20201L<br>Saint Louis, MO 63105 | | - | | | Freezers, Buildings, Equipment and Leasehold Improvements (Carrying value)<br><br>Value $   7,607,350.00 | | | | 1,764,679.00 | 0.00 |

___1___ continuation sheets attached

Subtotal
(Total of this page)            4,184,621.72        10,420.00

B6D (Official Form 6D) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Cross Collaterized - LOCs | | | | | |
| Region's Bank 8182 Maryland Avenue Mail Code MOSL20201L Saint Louis, MO 63105 | - | | Various A/R | | | | | |
| | | | Value $         4,797,398.00 | | | | 2,797,268.00 | 0.00 |
| Account No. | | | Cross Collateralized with other Regions Debt | | | | | |
| Regions Bank 8182 Maryland Avenue Saint Louis, MO 63105 | - | | DDI Headquarters and Manufacturing Facility 5101 Charter Oak Drive Paducah, KY 42001 | | | | | |
| | | | Value $         2,000,000.00 | | | | 2,000,000.00 | 0.00 |
| Account No. | | | Security Interest-Cross Collateralized | | | | | |
| Regions Bank 8182 Maryland Avenue MOSL20201L Saint Louis, MO 63105 | - | | Total FF&E (Carrying Value) | | | | | |
| | | | Value $         6,313,829.00 | | | | 2,113,526.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 6,910,794.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 11,095,415.72 | 10,420.00 |

B6E (Official Form 6E) (4/10)

.

In re   Dippin' Dots, Inc.                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

            0     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    Dippin' Dots, Inc.    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business operating expense | | | | |
| Actionair Systems, Inc. 131 Adams Street Manchester, CT 06040 | | - | | | | | 258.50 |
| Account No. | | | Business operating expense | | | | |
| Advanced Business Concepts P. O. Box 1143 Paducah, KY 42002 | | - | | | | | 91.90 |
| Account No. | | | Business operating expense | | | | |
| Advanced Plastics, Inc. P. O. Box 220 Franklin, TN 37064 | | - | | | | | 402.12 |
| Account No. | | | Business operating expense | | | | |
| Air Liquide 11 P. O. Box 95198 Chicago, IL 60694-5198 | | - | | | | | 7,068.90 |
| __12__ continuation sheets attached | | | | | Subtotal (Total of this page) | | 7,821.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Dippin' Dots, Inc.                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business operating expense | | | | |
| Airgas Gas Operations P. O. Box 951873 Dallas, TX 75395-1873 | - | | | | | | | 7,950.49 |
| Account No. | | | | Business operating expense | | | | |
| Alex's Air Conditioning, Inc. 706 Bayou Road P. O. Box 405 La Marque, TX 77568 | - | | | | | | | 276.04 |
| Account No. | | | | Business operating expense | | | | |
| Allied Electronics, Inc. P. O. Box 2325 Accts Rec. Dept Fort Worth, TX 76113-2325 | - | | | | | | | 30.06 |
| Account No. | | | | Business operating expense | | | | |
| AMEX P. O. Box 650448 TX 75276-0448 | - | | | | | | | 7,260.03 |
| Account No. | | | | Business operating expense | | | | |
| AMEX Corp P. O. Box 650448 Dallas, TX 75265-0448 | - | | | | | | | 35,505.23 |

| Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 51,021.85 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business operating expense | | | | |
| Aramark Uniform Services P. O. Box 60445 Saint Louis, MO 63160 | - | | | | | | | 4,673.80 |
| Account No. | | | | Business operating expense | | | | |
| Auto Trim Design P. O. Box 832 Cape Girardeau, MO 63702 | - | | | | | | | 2,625.00 |
| Account No. | | | | Business Operating Expense | | | | |
| Averitt Express, Inc. P. O. Box 102159 Atlanta, GA 30368-2159 | - | | | | | | | 2,942.11 |
| Account No. | | | | Business operating expense | | | | |
| Bossar 1144 Tallevast Road Suite 104 Sarasota, FL 34243 | - | | | | | | | 54.51 |
| Account No. | | | | Business operating expense | | | | |
| Building Plastics, Inc. P. O. Box 99836 Chicago, IL 60690-7636 | - | | | | | | | 2,104.66 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,400.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                    ,            Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business operating expense | | | | |
| Commercial Door & Hardware P. O. Box 1477 Paducah, KY 42002-1477 | - | | | | | | | 836.61 |
| Account No. | | | | Business Operating Expense | | | | |
| Con-Way - CWCE P. O. Box 5160 Portland, OR 97208 | - | | | | | | | 1,264.45 |
| Account No. | | | | Business operating expense | | | | |
| Construction Safety Consultant P. O. Box 146 Paducah, KY 42002-0146 | - | | | | | | | 607.05 |
| Account No. | | | | Business operating expense | | | | |
| Cryovac Sealed Air Corp. 91279 Collections Center Drive Chicago, IL 60693-1279 | - | | | | | | | 33,265.46 |
| Account No. | | | | Business operating expense | | | | |
| Culligan Water P. O. box 359 Cadiz, KY 42211-0359 | - | | | | | | | 104.15 |

Sheet no. __3___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    36,077.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc. _____ ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business operating expense | | | | |
| DALB, Inc. 73 Industrial Blvd Kearneysville, WV 25430 | - | | | | | | | 2,496.85 |
| Account No. | | | | Business operating expense | | | | |
| Dippin' Dots Franchising, Inc. P. O. Box 9207 Paducah, KY 42002-9207 | - | | | | | | | 31,125.76 |
| Account No. | | | | Business operating expense | | | | |
| Emerson Climate P. O. Box 70156 Chicago, IL 60673 | - | | | | | | | 9,600.87 |
| Account No. | | | | Business operating expense | | | | |
| Evapar 9000 N. Kentucky Avenue Evansville, IN 47725-1396 | - | | | | | | | 673.63 |
| Account No. | | | | Business operating expense | | | | |
| Fastcorp, LLC  06-DIP 22 Shelter Rock Lane, #26 Danbury, CT 06810 | - | | | | | | | 1,184.40 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,081.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business operating expense | | | | |
| Federal Express P. O. Box 371461 Pittsburgh, PA 15250-7461 | | - | | | | | | 2,869.78 |
| Account No. | | | | Business operating expense | | | | |
| FedEx Freight East 4103 Collection Center Drive Chicago, IL 60693 | | - | | | | | | 19,382.74 |
| Account No. | | | | Business operating expense | | | | |
| FedEx Freight West, Inc. P. O. Box 10306 Dept. Ch Palatine, IL 60055-0306 | | - | | | | | | 5,088.78 |
| Account No. | | | | Business operating expense | | | | |
| Glass Palace LLC P. O. Box 214377 Auburn Hills, MI 48321 | | - | | | | | | 1,740.00 |
| Account No. | | | | Business operating expense | | | | |
| Grainger, Inc. Dept 828655647 Palatine, IL 60038-0001 | | - | | | | | | 205.82 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,287.12

B6F (Official Form 6F) (12/07) - Cont.

In re     Dippin' Dots, Inc.                                              ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | business operating expense | | | | |
| Guy Gray Supply Co P. O. Box 2287 Paducah, KY 42002-2287 | - | | | | | | | | 44.00 |
| Account No. | | | | | Business operating expense | | | | |
| Hannan Supply Co. P. O. Box 270 Paducah, KY 42002-0270 | - | | | | | | | | 63.87 |
| Account No. | | | | | Business operating expense | | | | |
| Ingersoll-Rand Hussmann Corporation 2392 Collection Center Drive Chicago, IL 60693 | - | | | | | | | | 1,304.00 |
| Account No. | | | | | Business operating expense | | | | |
| KDM Pop Solutions Group P. O. Box 635067 Cincinnati, OH 45263-5067 | - | | | | | | | | 2,051.10 |
| Account No. | | | | | | | | | |
| Kemps, LLC c/o Philip Little P.O. Box 1700 Paducah, KY 42001 | - | | | | | | | | Unknown |

Sheet no. __6__ of __12__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          3,462.97

B6F (Official Form 6F) (12/07) - Cont.

In re     Dippin' Dots, Inc. _____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business operating expense | | | | |
| L. J. Express Trucking Company of CA L.J Express Trucking Co. of CA, LLC 19129 S. Hamilton Ave Gardena, CA 90248 | - | | | | | | | | 1,125.00 |
| Account No. | | | | | Business operating expense | | | | |
| Lakeland Spring Water Co. P. O. Box 1062 Murray, KY 42071 | - | | | | | | | | 52.95 |
| Account No. | | | | | Business operating expense | | | | |
| Mayekawa USA 8750 W. Bryn Mawr Ave #190 Chicago, IL 60631 | - | | | | | | | | 6,101.22 |
| Account No. | | | | | Business operating expense | | | | |
| Motion Industries, Inc. Box 504606 Saint Louis, MO 63150 | - | | | | | | | | 85.67 |
| Account No. | | | | | Business operating expense | | | | |
| Myers Supply Co. P. O. Box 619 Mayfield, KY 42066 | - | | | | | | | | 80.08 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,444.92

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business operating expense | | | | |
| Newark<br>P. O. Box 94151<br>Palatine, IL 60094-4151 | - | | | | | | | 8.41 |
| Account No. | | | | Business operating expense | | | | |
| Paducah Auto Color, Inc.<br>C/O Hopkinsville Auto Paint<br>2480 Nelson Drive<br>Hopkinsville, KY 42240 | - | | | | | | | 16.56 |
| Account No. | | | | Business operating expense | | | | |
| Paducah Tire<br>1147 Kentucky Avenue<br>Paducah, KY 42001 | - | | | | | | | 65.00 |
| Account No. | | | | Utilities | | | | |
| Paducah Water<br>P. O. Box 2477<br>Paducah, KY 42002 | - | | | | | | | 2,420.78 |
| Account No. | | | | Loan | | | | |
| Peoples Bank<br>2803 17th Street<br>P. O. Box 1639<br>Marion, IL 62959-1639 | - | | | | | | | 657,000.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

659,510.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc.                         ,      Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business operating expense | | | | |
| Petter Business Systems P. O. Box 1120 Paducah, KY 42002-1120 | - | | | | | | | 996.45 |
| Account No. | | | | Business operating expense | | | | |
| Quimby Rubber Stamps Shoppe 1625 Kentucky Avenue, Suite B Paducah, KY 42003 | - | | | | | | | 7.16 |
| Account No. | | | | Business operating expense | | | | |
| Restaurant Equipment Repairs, Inc. P. O. Box 15073 Augusta, GA 30919 | - | | | | | | | 172.82 |
| Account No. | | | | Business operating expense | | | | |
| Rhino Foods, Inc. P. O. Box 1664 Mechanicsburg, PA 17050 | - | | | | | | | 39,500.00 |
| Account No. | | | | Business operating epense | | | | |
| Roofer's Mart, Inc. 7208 Weil Ave Saint Louis, MO 63119 | - | | | | | | | 236.77 |

Sheet no. __9__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     40,913.20

B6F (Official Form 6F) (12/07) - Cont.

In re   Dippin' Dots, Inc. _____ ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SAMCO Freezerwear<br>3499 Lexington Ave N<br>Suite 205<br>Saint Paul, MN 55126 | - | | | Business operating expense | | | | 96.99 |
| Account No.<br><br>SBAC dba Steve Burden Inc.<br>2313-A Executive Drive<br>Garland, TX 75041 | - | | | Business operating expense | | | | 324.00 |
| Account No.<br><br>Simco Refrigeration, Inc.<br>4230 Leston Avenue<br>Dayton, OH 45424 | - | | | Business operating expense | | | | 1,287.42 |
| Account No.<br><br>Southfork Electrical Supply<br>521 N. Friendship Road<br>Paducah, KY 42001 | - | | | Business operating expense | | | | 1,588.88 |
| Account No.<br><br>Stockwell & Smedley, PSC<br>Suite 200<br>861 Corporate Drive<br>Lexington, KY 40503 | - | | | Legal Expense | | | | 2,163.00 |

Sheet no. _10_ of _12_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,460.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Dippin' Dots, Inc.                                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>The Cartridge Shoppe<br>4793 Village Square Drive<br>Suite A-1<br>Paducah, KY 42001 | | - | | Business operating expense | | | | 626.42 |
| Account No.<br><br>Tomco Mechanical Corp 1<br>125 State Street<br>Westbury, NY 11590 | | - | | Business operating expense | | | | 374.35 |
| Account No.<br><br>U.S. Foodservice, Inc.<br>P. O. Box 502136<br>Saint Louis, MO 63150-2136 | | - | | Business operating expense | | | | 27.00 |
| Account No.<br><br>United Refrigeration<br>P. O. Box 678458<br>Dallas, TX 75267-8458 | | - | | Business operating expense | | | | 5,822.54 |
| Account No.<br><br>UPS Freight<br>28013 Network Place<br>Chicago, IL 60673-1280 | | - | | Business operating expense | | | | 109.07 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,959.38

B6F (Official Form 6F) (12/07) - Cont.

In re     Dippin' Dots, Inc.                                              ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business operating expense | | | | |
| Vasco Div. of HP Products 4220 Saguaro Trail P. O. Box 68310 Indianapolis, IN 46268-4819 | - | | | | | | | 221.35 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 221.35 |
| Total (Report on Summary of Schedules) | | 905,662.56 |

B6G (Official Form 6G) (12/07)

.

In re     Dippin' Dots, Inc.                           ,     Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Connie D. Ulrich<br>Charter Oak Properties<br>188 Mimosa Lane<br>Paducah, KY 42001 | Lease on 5111 Charter Oak Drive, Paducah, KY 42001 - Monthly payment $15,230.00 |
| F&F Leasing, Inc.<br>Michael Falconite<br>4645 Village Square Drive, Suite F<br>Paducah, KY 42001 | Lease on 3860 Industrial Drive, Paducah, KY 42001 - Monthly payment $5,330.00 |
| Mary Sue Brooks<br>Brooks Properties<br>2601 West Park Drive<br>Paducah, KY 42001 | Lease on 2747 West Park Drive, Paducah, KY - Monthly payment $800.00 |
| Music Square 17 LLC<br>Curt Jones<br>1204 17th Ave S.<br>Nashville, TN 37212 | Lease on 1204 17th Ave S., Nashville, TN 37212 - Monthly payment $496.25 |
| Pitney Bowes Credit Corporation<br>P. O. Box 85460<br>Louisville, KY 40285-5460 | Lease on folding machine - $276.00 monthly |
| Pitney Bowes Credit Corporation<br>P. O. Box 85460<br>Louisville, KY 40285-5460 | Lease on postage machine - Monthly payment $269.00 |
| R. E. Fairhurst, Jr.<br>P. O. Box 7404<br>Paducah, KY 42002-7404 | Lease on 3880 Industrial Drive, Suite 2, Paducah, KY 42001 - Monthly payment $2,335.00 |
| R. E. Fairhurst, Jr.<br>P. O. Box 7404<br>Paducah, KY 42002-7404 | Lease on 3886 Inidustrial Drive, Paducah, KY 42001 - Montly payment $1,187.50 |
| R. E. Fairhurst, Jr.<br>P. O. Box 7404<br>Paducah, KY 42002-7404 | Lease on 3888 Industrial Drive, Paducah, KY 42001 - Monthly payment $1,667.00 |
| R. V. Evans<br>2325 E. Logan<br>Decatur, IL 62526 | Lease on Hayssen machine - Monthly payment $3,997.50 |
| R. V. Evans<br>2325 E. Logan<br>Decatur, IL 62526 | Lease on Bossar machine - per unit cost of $1.00 |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    Dippin' Dots, Inc. _____,    Case No. _____

                                    **Debtor**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Stephen Shelton<br>526 Frederica Street<br>Owensboro, KY 42301 | Lease on 5113 N. Charter Oak Drive, Paducah, KY 42001 - Monthly payment $2,600.00 |
| Twelfth Street West, LLC<br>Kevin Green<br>P. O. Box 1588<br>Lancaster, CA 93539 | Lease on 42436 N. 12th Street, Lancaster, CA  93534 - Monthly payment $13,237.00 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Dippin' Dots, Inc. _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dippin Dots Franchising, Inc.<br>5101 Charter Oak Drive<br>Paducah, KY 42001 | Peoples Bank<br>2803 17th Street<br>P. O. Box 1639<br>Marion, IL 62959 |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Western District of Kentucky

In re    Dippin' Dots, Inc.                              ,       Case No. _____

                                       Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000,000.00 | | |
| B - Personal Property | Yes | 3 | 18,233,130.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 11,095,415.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 905,662.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | | Total Assets | 20,233,130.00 | | |
| | | Total Liabilities | | 12,001,078.28 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re      Dippin' Dots, Inc.                                          ,      Case No. _____

                                    Debtor

                                                                Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re  Dippin' Dots, Inc.

Debtor(s)

Case No. _____

Chapter  11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  November  3, 2011            Signature   /s/ Curt Jones

Curt Jones
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re   Dippin' Dots, Inc.

Debtor(s)

Case No.
Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 75,000.00 |
| Prior to the filing of this statement I have received | $ | 75,000.00 |
| Balance Due | $ | 0.00 |

2.  $  1,046.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   November 3, 2011

/s/ Todd A. Farmer
Todd A. Farmer 86214
Farmer & Wright, PLLC
329 N. 5th St.
P. O. Box 7766
Paducah, KY 42002-7766
270-443-4431  Fax: 270-443-4631
stephanie@sfk-law.com; melody@sfk-law.com

---

# United States Bankruptcy Court
## Western District of Kentucky

In re     Dippin' Dots, Inc.
_____,     Case No. _____
                                        Debtor

Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Connie Ulrich<br>188 Mimosa<br>Paducah, KY 42001 | Common Stock | 18750 | |
| Curt Jones<br>1090 Laurel Knoll Court<br>Brentwood, TN 37027 | Common Stock | 81250 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___November 3, 2011_____     Signature  /s/ Curt Jones_____
                                                       Curt Jones
                                                       President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Kentucky

In re   Dippin' Dots, Inc. _____   Case No. _____

_____ Debtor(s)   Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   November  3, 2011 _____   /s/ Curt Jones _____

Curt Jones/President
Signer/Title

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Actionair Systems, Inc.
131 Adams Street
Manchester, CT 06040

Advanced Business Concepts
P. O. Box 1143
Paducah, KY 42002

Advanced Plastics, Inc.
P. O. Box 220
Franklin, TN 37064

Air Liquide 11
P. O. Box 95198
Chicago, IL 60694-5198

Airgas Gas Operations
P. O. Box 951873
Dallas, TX 75395-1873

Alex's Air Conditioning, Inc.
706 Bayou Road
P. O. Box 405
La Marque, TX 77568

Allied Electronics, Inc.
P. O. Box 2325
Accts Rec. Dept
Fort Worth, TX 76113-2325

AMEX
P. O. Box 650448
TX 75276-0448

AMEX Corp
P. O. Box 650448
Dallas, TX 75265-0448

Aramark Uniform Services
P. O. Box 60445
Saint Louis, MO 63160

Auto Trim Design
P. O. Box 832
Cape Girardeau, MO 63702

Averitt Express, Inc.
P. O. Box 102159
Atlanta, GA 30368-2159

Bossar
1144 Tallevast Road
Suite 104
Sarasota, FL 34243

Building Plastics, Inc.
P. O. Box 99836
Chicago, IL 60690-7636

Commercial Door & Hardware
P. O. Box 1477
Paducah, KY 42002-1477

Con-Way - CWCE
P. O. Box 5160
Portland, OR 97208

Connie D. Ulrich
Charter Oak Properties
188 Mimosa Lane
Paducah, KY 42001

Construction Safety Consultant
P. O. Box 146
Paducah, KY 42002-0146

Cryovac Sealed Air Corp.
91279 Collections Center Drive
Chicago, IL 60693-1279

Culligan Water
P. O. box 359
Cadiz, KY 42211-0359

DALB, Inc.
73 Industrial Blvd
Kearneysville, WV 25430

Dippin Dots Franchising, Inc.
5101 Charter Oak Drive
Paducah, KY 42001

Dippin' Dots Franchising, Inc.
P. O. Box 9207
Paducah, KY 42002-9207

Emerson Climate
P. O. Box 70156
Chicago, IL 60673

Evapar
9000 N. Kentucky Avenue
Evansville, IN 47725-1396

F&F Leasing, Inc.
Michael Falconite
4645 Village Square Drive, Suite F
Paducah, KY 42001

Fastcorp, LLC  06-DIP
22 Shelter Rock Lane, #26
Danbury, CT 06810

Federal Express
P. O. Box 371461
Pittsburgh, PA 15250-7461

FedEx Freight East
4103 Collection Center Drive
Chicago, IL 60693

FedEx Freight West, Inc.
P. O. Box 10306
Dept. Ch
Palatine, IL 60055-0306

Glass Palace LLC
P. O. Box 214377
Auburn Hills, MI 48321

GMAC
P. O. Box 51014
Carol Stream, IL 60125-1014

Grainger, Inc.
Dept 828655647
Palatine, IL 60038-0001

Guy Gray Supply Co
P. O. Box 2287
Paducah, KY 42002-2287

Hannan Supply Co.
P. O. Box 270
Paducah, KY 42002-0270

Ingersoll-Rand
Hussmann Corporation
2392 Collection Center Drive
Chicago, IL 60693

KDM Pop Solutions Group
P. O. Box 635067
Cincinnati, OH 45263-5067

Kemps, LLC
c/o Philip Little
P.O. Box 1700
Paducah, KY 42001

L. J. Express Trucking Company of CA
L.J Express Trucking Co. of CA, LLC
19129 S. Hamilton Ave
Gardena, CA 90248

Lakeland Spring Water Co.
P. O. Box 1062
Murray, KY 42071

Mary Sue Brooks
Brooks Properties
2601 West Park Drive
Paducah, KY 42001

Mayekawa USA
8750 W. Bryn Mawr Ave #190
Chicago, IL 60631

Motion Industries, Inc.
Box 504606
Saint Louis, MO 63150

Music Square 17 LLC
Curt Jones
1204 17th Ave S.
Nashville, TN 37212

Myers Supply Co.
P. O. Box 619
Mayfield, KY 42066

Newark
P. O. Box 94151
Palatine, IL 60094-4151

Nissan Motor Acceptance
P. O. Box 0548
Carol Stream, IL 60132-0548

Paducah Auto Color, Inc.
C/O Hopkinsville Auto Paint
2480 Nelson Drive
Hopkinsville, KY 42240

Paducah Tire
1147 Kentucky Avenue
Paducah, KY 42001

Paducah Water
P. O. Box 2477
Paducah, KY 42002

Peoples Bank
2803 17th Street
P. O. Box 1639
Marion, IL 62959-1639

Petter Business Systems
P. O. Box 1120
Paducah, KY 42002-1120

Pitney Bowes Credit Corporation
P. O. Box 85460
Louisville, KY 40285-5460

Quimby Rubber Stamps Shoppe
1625 Kentucky Avenue, Suite B
Paducah, KY 42003

R. E. Fairhurst, Jr.
P. O. Box 7404
Paducah, KY 42002-7404

R. V. Evans
2325 E. Logan
Decatur, IL 62526

Region's Bank
8182 Maryland Avenue
Mail Code MOSL20201L
Saint Louis, MO 63105

Regions Bank
8182 Maryland Avenue
MOSL20201L
Saint Louis, MO 63105

Restaurant Equipment Repairs, Inc.
P. O. Box 15073
Augusta, GA 30919

Rhino Foods, Inc.
P. O. Box 1664
Mechanicsburg, PA 17050

Roofer's Mart, Inc.
7208 Weil Ave
Saint Louis, MO 63119

SAMCO Freezerwear
3499 Lexington Ave N
Suite 205
Saint Paul, MN 55126

SBAC dba Steve Burden Inc.
2313-A Executive Drive
Garland, TX 75041

Simco Refrigeration, Inc.
4230 Leston Avenue
Dayton, OH 45424

Southfork Electrical Supply
521 N. Friendship Road
Paducah, KY 42001

Stephen Shelton
526 Frederica Street
Owensboro, KY 42301

Stockwell & Smedley, PSC
Suite 200
861 Corporate Drive
Lexington, KY 40503

The Cartridge Shoppe
4793 Village Square Drive
Suite A-1
Paducah, KY 42001

Tomco Mechanical Corp 1
125 State Street
Westbury, NY 11590

Twelfth Street West, LLC
Kevin Green
P. O. Box 1588
Lancaster, CA 93539

U.S. Foodservice, Inc.
P. O. Box 502136
Saint Louis, MO 63150-2136

United Refrigeration
P. O. Box 678458
Dallas, TX 75267-8458

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

Vasco Div. of HP Products
4220 Saguaro Trail
P. O. Box 68310
Indianapolis, IN 46268-4819

# United States Bankruptcy Court
## Western District of Kentucky

In re  Dippin' Dots, Inc.

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Dippin' Dots, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  3, 2011

Date

/s/ Todd A. Farmer

Todd A. Farmer 86214
Signature of Attorney or Litigant
Counsel for   Dippin' Dots, Inc.
Farmer & Wright, PLLC
329 N. 5th St.
P. O. Box 7766
Paducah, KY 42002-7766
270-443-4431 Fax:270-443-4631
stephanie@sfk-law.com; melody@sfk-law.com