Benefits for Insiders
Dippin' Dots Inc.
Period: 11/1/10 thru 10/31/11

| Date | General Ledger account charged | Vendor and/or Description of activity | Amount |
|---|---|---|---|
| 11/12/2010 | Officers Loan | Ulrich Development - Hannan Supply | 59.36 |
| 12/15/2010 | Officers Loan | Ulrich Development - payment | (111.45) |
| 12/31/2010 | Officers Loan | Interest impute Officer's Loan 2010 | 29,253.10 |
| 2/4/2011 | Officers Loan | Ulrich Development - credit card charge | 6.08 |
| 2/4/2011 | Officers Loan | Ulrich Development - credit card charge | 16.51 |
| 2/25/2011 | Officers Loan | Payment received | (289,360.00) |
| 3/4/2011 | Officers Loan | Ulrich Development - credit card charge | 149.26 |
| 3/4/2011 | Officers Loan | Ulrich Development - payment | (135.90) |
| 3/7/2011 | Officers Loan | Ulrich Development - credit card charge | 11.60 |
| 3/31/2011 | Officers Loan | Ulrich Development - labor for repairs | 410.00 |
| 3/31/2011 | Officers Loan | Ulrich Development - supplies for repairs | 22.98 |
| 4/4/2011 | Officers Loan | Ulrich Development - credit card charge | 86.25 |
| 4/12/2011 | Officers Loan | Ulrich Development - payment | (405.46) |
| 4/13/2011 | Officers Loan | Payment received | (200,000.00) |
| 5/9/2011 | Officers Loan | Payment received | (100,000.00) |
| 5/10/2011 | Officers Loan | Ulrich Development - payment | (519.23) |
| 6/10/2011 | Officers Loan | Ulrich Development - General Fire Extinguisher | 56.37 |
| 6/10/2011 | Officers Loan | Ulrich Development - General Fire Extinguisher | 66.54 |
| 6/20/2011 | Officers Loan | Ulrich Development - United Refrigeration | 97.02 |
| 7/19/2011 | Officers Loan | Ulrich Development - payment | (219.93) |
| 7/19/2011 | Officers Loan | Ulrich Medical Concepts - cash advance | 10,000.00 |
| 7/26/2011 | Officers Loan | Ulrich Development - Hannan Supply | 103.35 |
| 7/28/2011 | Officers Loan | Ulrich Medical Concepts - payment | (10,000.00) |
| 7/29/2011 | Officers Loan | Ulrich Development - Hannan Supply | 59.74 |
| 8/5/2011 | Officers Loan | Ulrich Development - payment | (103.35) |
| 8/9/2011 | Officers Loan | Ulrich Development - Hannan Supply | 65.19 |
| 8/19/2011 | Officers Loan | Ulrich Development - Regions loan extension | 20,000.00 |
| 9/1/2011 | Officers Loan | Ulrich Development - Regions loan extension | 20,000.00 |
| 9/4/2011 | Officers Loan | Ulrich Development - credit card charge | 3.20 |
| 9/14/2011 | Officers Loan | Ulrich Development - payment | (124.93) |
| 9/15/2011 | Officers Loan | Ulrich Development - United Refrigeration | 1,881.01 |
| 9/16/2011 | Officers Loan | Ulrich Development - United Refrigeration | 124.00 |
| 9/25/2011 | Officers Loan | Ulrich Development - Lowe's | 10.87 |
| 9/30/2011 | Officers Loan | Ulrich Development - labor for repairs | 98.45 |
| 9/30/2011 | Officers Loan | Ulrich Development - supplies for repairs | 5.24 |
| 10/5/2011 | Officers Loan | Ulrich Development - Regions loan extension | 20,000.00 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 10/12/2011 | Officers Loan | Ulrich Development - payment | (2,111.90) |
| 10/21/2011 | Officers Loan | Music Square 17 | 16,903.00 |
| 11/12/2011 | Officers Loan | Ulrich Development - payment | (128.06) |
| 3/29/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 4/20/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 5/20/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 6/20/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 7/20/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 8/19/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 8/31/2011 | Other Receivable-Coffee Technology Company | CTC STOCKWELL 10034 080411 | 1,962.00 |
| 8/31/2011 | Other Receivable-Coffee Technology Company | CTC STOCKWELL 10041 080811 | 1,931.00 |
| 8/31/2011 | Other Receivable-Coffee Technology Company | CTC STOCKWELL 9716 020811 | 1,558.50 |
| 8/31/2011 | Other Receivable-Coffee Technology Company | CTC STOCKWELL 9851 050211 | 255.00 |
| 8/31/2011 | Other Receivable-Coffee Technology Company | CTC STOCKWELL 9852 050211 | 275.00 |
| 9/20/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 10/20/2011 | Other Receivable-Coffee Technology Company | Robert Lynn | 10,000.00 |
| 11/1/2010 | Other Receivable-DDF | DDF Fax Line Pd by DDI ATT | 9.71 |
| 11/1/2010 | Other Receivable-DDF | XEROX CORPORATION | 31.49 |
| 11/3/2010 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,551.48 |
| 11/10/2010 | Other Receivable-DDF | Payment received | (70,000.00) |
| 11/14/2010 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 11/14/2010 | Other Receivable-DDF | RC Personal AMEX Charge-Jones | 400.00 |
| 11/17/2010 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,077.00 |
| 11/28/2010 | Other Receivable-DDF | VERIZON-PLANT | 312.48 |
| 11/30/2010 | Other Receivable-DDF | Mgmt Fees 11/10 | 14,150.89 |
| 11/30/2010 | Other Receivable-DDF | Music City Dots | 14,583.41 |
| 11/30/2010 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 3,979.18 |
| 11/30/2010 | Other Receivable-DDF | Postage Alloc 11/10 | 117.08 |
| 11/30/2010 | Other Receivable-DDF | Self insured health insurance | 3,753.29 |
| 12/2/2010 | Other Receivable-DDF | Postage Alloc 11/10 | 117.08 |
| 12/7/2010 | Other Receivable-DDF | Payment received | (50,000.00) |
| 12/8/2010 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,343.80 |
| 12/10/2010 | Other Receivable-DDF | Payment received | (100,000.00) |
| 12/13/2010 | Other Receivable-DDF | RC Jones Amex Personal Chg | 400.00 |
| 12/14/2010 | Other Receivable-DDF | RC Knudsen Amex | 4.99 |
| 12/17/2010 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,964.44 |
| 12/28/2010 | Other Receivable-DDF | VERIZON-PLANT | 332.05 |
| 12/31/2010 | Other Receivable-DDF | Credt0022826 REV OR 277008 | 660.00 |
| 12/31/2010 | Other Receivable-DDF | Credt0022826 REV OR 277008 | 660.00 |
| 12/31/2010 | Other Receivable-DDF | Interest impute DDF 2010 | (9,556.12) |

| Date | Account | Description | Amount |
|---|---|---|---|
| 12/31/2010 | Other Receivable-DDF | Mgmt Fees 12/10 | 19,646.97 |
| 12/31/2010 | Other Receivable-DDF | Music City Dots | 995.00 |
| 12/31/2010 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,954.61 |
| 12/31/2010 | Other Receivable-DDF | Postage Alloc 12/10 | 62.42 |
| 12/31/2010 | Other Receivable-DDF | Self insured health insurance | 2,651.61 |
| 1/12/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,029.86 |
| 1/14/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 1/19/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,356.00 |
| 1/25/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,912.40 |
| 1/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 483.36 |
| 1/31/2011 | Other Receivable-DDF | Mgmt Fees 01/11 | 15,679.90 |
| 1/31/2011 | Other Receivable-DDF | Music City Dots | 8,082.27 |
| 1/31/2011 | Other Receivable-DDF | Payment received | (100,000.00) |
| 1/31/2011 | Other Receivable-DDF | Postage Alloc 01/11 | 127.67 |
| 1/31/2011 | Other Receivable-DDF | Self insured health insurance | 2,537.80 |
| 2/1/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,589.00 |
| 2/2/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 5,474.46 |
| 2/4/2011 | Other Receivable-DDF | BUNDREN, PHILIP | 466.57 |
| 2/10/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,460.84 |
| 2/11/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 24.98 |
| 2/15/2011 | Other Receivable-DDF | Payment received | (10,000.00) |
| 2/20/2011 | Other Receivable-DDF | Stockwell 9729 DDF Invoice | 3,433.41 |
| 2/23/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,547.77 |
| 2/28/2011 | Other Receivable-DDF | DDF - KENTUCKY OAKS MALL | 5,883.00 |
| 2/28/2011 | Other Receivable-DDF | Mgmt Fees 02/11 | 14,673.32 |
| 2/28/2011 | Other Receivable-DDF | Music City Dots | 16,278.12 |
| 2/28/2011 | Other Receivable-DDF | OR 279758 & 279768 Fuzziwigs | 185.00 |
| 2/28/2011 | Other Receivable-DDF | Payment received | (10,000.00) |
| 2/28/2011 | Other Receivable-DDF | Postage Alloc 02/11 | 116.62 |
| 2/28/2011 | Other Receivable-DDF | Self insured health insurance | 3,908.07 |
| 2/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 517.38 |
| 3/1/2011 | Other Receivable-DDF | PADUCAH REGIONAL SPORTS COMPLEX | 106.80 |
| 3/4/2011 | Other Receivable-DDF | BARRETTE, MICHAEL | 249.72 |
| 3/4/2011 | Other Receivable-DDF | PLAT-DEE HELM | 27.54 |
| 3/8/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 942.93 |
| 3/11/2011 | Other Receivable-DDF | EDWARDS, JAMES P. | 2,000.00 |
| 3/15/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 3/16/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,303.50 |
| 3/23/2011 | Other Receivable-DDF | RC DDF Portion Veh Reg Fees | 180.31 |
| 3/28/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,959.57 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 3/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 449.35 |
| 3/31/2011 | Other Receivable-DDF | COGS Other Inventory 3/2011 | 88.41 |
| 3/31/2011 | Other Receivable-DDF | Mgmt Fees 03/11 | 13,608.22 |
| 3/31/2011 | Other Receivable-DDF | Music City Dots | 44,177.54 |
| 3/31/2011 | Other Receivable-DDF | Postage Alloc 03/11 | 69.18 |
| 3/31/2011 | Other Receivable-DDF | RC Jones Personal Exp AMEX | 400.00 |
| 3/31/2011 | Other Receivable-DDF | Self insured health insurance | 4,190.84 |
| 4/18/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,940.54 |
| 4/25/2011 | Other Receivable-DDF | LOWE'S | 42.37 |
| 4/28/2011 | Other Receivable-DDF | Payment received | (40,000.00) |
| 4/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 476.21 |
| 4/30/2011 | Other Receivable-DDF | Freezer wrap 283627 | 118.14 |
| 4/30/2011 | Other Receivable-DDF | Mgmt Fees 04/11 | 12,228.38 |
| 4/30/2011 | Other Receivable-DDF | Music City Dots | 14,216.68 |
| 4/30/2011 | Other Receivable-DDF | Postage Alloc 04/11 | 60.23 |
| 4/30/2011 | Other Receivable-DDF | RC Jones Personal Amex | 180.46 |
| 4/30/2011 | Other Receivable-DDF | Self insured health insurance | 7,631.96 |
| 5/6/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,369.59 |
| 5/15/2011 | Other Receivable-DDF | RC Jones personal AMEX | 477.34 |
| 5/18/2011 | Other Receivable-DDF | PADUCAH REGIONAL SPORTS COMPLEX | 373.80 |
| 5/24/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,372.24 |
| 5/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 466.63 |
| 5/31/2011 | Other Receivable-DDF | Mgmt Fees 05/11 | 12,237.65 |
| 5/31/2011 | Other Receivable-DDF | Music City Dots | 26,048.83 |
| 5/31/2011 | Other Receivable-DDF | Postage Alloc 05/11 | 46.04 |
| 5/31/2011 | Other Receivable-DDF | Self insured health insurance | 58.64 |
| 6/1/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,207.58 |
| 6/2/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,055.24 |
| 6/4/2011 | Other Receivable-DDF | BARRETTE, MICHAEL | 45.95 |
| 6/4/2011 | Other Receivable-DDF | GOODMAN, MARK | 333.99 |
| 6/4/2011 | Other Receivable-DDF | PLATINUM-HUCKELBERRY JP | 224.98 |
| 6/8/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,113.54 |
| 6/14/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 6/14/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,821.60 |
| 6/21/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 3,982.71 |
| 6/23/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,239.83 |
| 6/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 509.19 |
| 6/30/2011 | Other Receivable-DDF | COGS OTHER INVENTORY | 91.81 |
| 6/30/2011 | Other Receivable-DDF | Mgmt Fees 06/11 | 12,178.69 |
| 6/30/2011 | Other Receivable-DDF | Music City Dots | 33,849.10 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 6/30/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,023.64 |
| 6/30/2011 | Other Receivable-DDF | Postage Alloc 06/11 | 79.54 |
| 6/30/2011 | Other Receivable-DDF | RC Knudsen AMex | 2,003.48 |
| 6/30/2011 | Other Receivable-DDF | Self insured health insurance | 7,085.11 |
| 7/1/2011 | Other Receivable-DDF | Payroll wages | 589.38 |
| 7/4/2011 | Other Receivable-DDF | HEISNER, STEVE | 460.48 |
| 7/7/2011 | Other Receivable-DDF | DELUXE BUSINESS CKS & SOLUTIONS | 119.13 |
| 7/7/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,505.80 |
| 7/13/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,663.80 |
| 7/15/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 7/15/2011 | Other Receivable-DDF | Jones AMEX Pers Exp RC 0711 | 800.00 |
| 7/15/2011 | Other Receivable-DDF | Payroll wages | 1,254.55 |
| 7/20/2011 | Other Receivable-DDF | FEDERAL EXPRESS | 11.70 |
| 7/22/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 5,291.40 |
| 7/28/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,538.84 |
| 7/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 351.63 |
| 7/29/2011 | Other Receivable-DDF | Payroll wages | 1,156.91 |
| 7/31/2011 | Other Receivable-DDF | Fair supplies Decatur OR289408 | 2.43 |
| 7/31/2011 | Other Receivable-DDF | Mgmt Fees 07/11 | 18,649.38 |
| 7/31/2011 | Other Receivable-DDF | Music City Dots | 25,295.14 |
| 7/31/2011 | Other Receivable-DDF | Payroll taxes | 119.87 |
| 7/31/2011 | Other Receivable-DDF | Postage Alloc 07/11 | 50.12 |
| 7/31/2011 | Other Receivable-DDF | Self insured health insurance | 3,031.45 |
| 8/1/2011 | Other Receivable-DDF | T Jones Plat CA Mkt Trip-June | 32.93 |
| 8/1/2011 | Other Receivable-DDF | XEROX CORPORATION | 755.63 |
| 8/3/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,829.60 |
| 8/4/2011 | Other Receivable-DDF | BARRETTE, MICHAEL | 47.59 |
| 8/4/2011 | Other Receivable-DDF | NOBLE, RICK | 2,513.60 |
| 8/8/2011 | Other Receivable-DDF | Fair supplies Decatur OR289408 | 2.43 |
| 8/10/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,476.64 |
| 8/11/2011 | Other Receivable-DDF | VERIZON-PLANT | 351.63 |
| 8/12/2011 | Other Receivable-DDF | Payroll wages | 1,376.95 |
| 8/15/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 8/16/2011 | Other Receivable-DDF | BBT Trust for 401k plan | 914.16 |
| 8/18/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,120.04 |
| 8/24/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 5,404.90 |
| 8/26/2011 | Other Receivable-DDF | Payroll wages | 1,337.33 |
| 8/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 375.29 |
| 8/30/2011 | Other Receivable-DDF | BBT Trust for 401k plan | 918.05 |
| 8/30/2011 | Other Receivable-DDF | RC Curt Home Repair to DDF | 219.49 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 8/30/2011 | Other Receivable-DDF | RC Curt Home Repair to DDF | 490.26 |
| 8/31/2011 | Other Receivable-DDF | Fair supplies Decatur OR289408 | 7.71 |
| 8/31/2011 | Other Receivable-DDF | Labor for DDF work | 6,346.00 |
| 8/31/2011 | Other Receivable-DDF | Materials for DDF work | 2,114.58 |
| 8/31/2011 | Other Receivable-DDF | Mgmt Fees 08/11 | 13,134.75 |
| 8/31/2011 | Other Receivable-DDF | Music City Dots | 18,560.17 |
| 8/31/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,015.20 |
| 8/31/2011 | Other Receivable-DDF | OR 289408 & 294310 | 47.40 |
| 8/31/2011 | Other Receivable-DDF | Payroll taxes | 108.42 |
| 8/31/2011 | Other Receivable-DDF | Postage Alloc 08/11 | 98.05 |
| 8/31/2011 | Other Receivable-DDF | Self insured health insurance | 3,610.56 |
| 9/4/2011 | Other Receivable-DDF | EASTWOOD, DALE | 10.60 |
| 9/4/2011 | Other Receivable-DDF | GOODMAN, MARK | 1,762.22 |
| 9/8/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,740.08 |
| 9/9/2011 | Other Receivable-DDF | Payroll wages | 1,514.98 |
| 9/13/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 9/13/2011 | Other Receivable-DDF | BBT Trust for 401k plan | 913.07 |
| 9/20/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 4,689.60 |
| 9/22/2011 | Other Receivable-DDF | FEDERAL EXPRESS | 51.30 |
| 9/23/2011 | Other Receivable-DDF | Payroll wages | 1,159.81 |
| 9/25/2011 | Other Receivable-DDF | LOWE'S | 158.84 |
| 9/27/2011 | Other Receivable-DDF | BBT Trust for 401k plan | 915.59 |
| 9/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 342.33 |
| 9/30/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 763.56 |
| 9/30/2011 | Other Receivable-DDF | Mgmt Fees 09/11 | 13,026.34 |
| 9/30/2011 | Other Receivable-DDF | Music City Dots | 15,530.29 |
| 9/30/2011 | Other Receivable-DDF | Other inventory adj | 416.68 |
| 9/30/2011 | Other Receivable-DDF | Payroll taxes | 85.16 |
| 9/30/2011 | Other Receivable-DDF | Postage Alloc 09/11 | 68.04 |
| 9/30/2011 | Other Receivable-DDF | Self insured health insurance | 1,132.74 |
| 10/1/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 104.13 |
| 10/1/2011 | Other Receivable-DDF | PIERLEONI, GREGG & JOANNE | 10,000.00 |
| 10/4/2011 | Other Receivable-DDF | PLAT-DEE HELM | 421.12 |
| 10/6/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 372.71 |
| 10/7/2011 | Other Receivable-DDF | Payroll wages | 1,534.65 |
| 10/8/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 216.26 |
| 10/8/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 399.99 |
| 10/11/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 101.51 |
| 10/12/2011 | Other Receivable-DDF | BBT Trust for 401k plan | 910.53 |
| 10/12/2011 | Other Receivable-DDF | FEDERAL EXPRESS | 13.18 |

| Date | Account | Payee | Amount |
|---|---|---|---|
| 10/12/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 2,226.64 |
| 10/13/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 101.51 |
| 10/14/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 4.99 |
| 10/14/2011 | Other Receivable-DDF | AMERICAN EXPRESS | 1,831.60 |
| 10/15/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 164.93 |
| 10/19/2011 | Other Receivable-DDF | FEDERAL EXPRESS | 151.44 |
| 10/19/2011 | Other Receivable-DDF | FEDEX FREIGHT EAST | 131.44 |
| 10/21/2011 | Other Receivable-DDF | Payroll wages | 745.42 |
| 10/24/2011 | Other Receivable-DDF | O'DONNELL, DANIEL A. & JULIE | 1,893.64 |
| 10/25/2011 | Other Receivable-DDF | BBT Trust for 401k plan | 907.45 |
| 10/26/2011 | Other Receivable-DDF | FEDERAL EXPRESS | 80.62 |
| 10/28/2011 | Other Receivable-DDF | VERIZON-PLANT | 374.23 |
| 12/31/2010 | Other Receivable-InnerG | Interest Impute InnerG 2010 | 1,147.13 |
| 1/27/2011 | Other Receivable-InnerG | CITY OF METROPOLIS | 23,671.23 |
| 11/3/2010 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 391.30 |
| 11/4/2010 | Other Receivable-Island Rox, LLC | BARWIG, DOUG | 8.78 |
| 11/9/2010 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 80.97 |
| 11/10/2010 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 32.38 |
| 11/13/2010 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 67.94 |
| 11/13/2010 | Other Receivable-Island Rox, LLC | UNITED PARCEL SERVICE | 21.91 |
| 11/17/2010 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 3.30 |
| 11/20/2010 | Other Receivable-Island Rox, LLC | UNITED PARCEL SERVICE | 22.77 |
| 11/22/2010 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 23.40 |
| 11/30/2010 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 11/10 | 484.18 |
| 12/2/2010 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 32.81 |
| 12/4/2010 | Other Receivable-Island Rox, LLC | BARWIG, DOUG | 21.77 |
| 12/7/2010 | Other Receivable-Island Rox, LLC | OLD DOMINION FREIGHT | 34.21 |
| 12/15/2010 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 15.43 |
| 12/31/2010 | Other Receivable-Island Rox, LLC | Interest Impute IR Note 2010 | 63.85 |
| 12/31/2010 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 12/10 | 69.79 |
| 1/31/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 01/11 | 85.05 |
| 2/4/2011 | Other Receivable-Island Rox, LLC | HEIDER, NATE | 40.89 |
| 2/11/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 38.01 |
| 2/18/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 29.90 |
| 2/18/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 41.53 |
| 2/23/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 5.03 |
| 2/28/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 02/11 | 174.48 |
| 3/5/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 39.93 |
| 3/5/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 56.01 |
| 3/16/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 92.35 |

| Date | Account | Payee | Amount |
|---|---|---|---|
| 3/21/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 46.80 |
| 3/21/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 46.80 |
| 3/21/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 46.80 |
| 3/21/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 46.80 |
| 3/21/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 46.80 |
| 3/23/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 90.82 |
| 3/23/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 50.83 |
| 3/24/2011 | Other Receivable-Island Rox, LLC | OLD DOMINION FREIGHT | 17.70 |
| 3/25/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 50.83 |
| 3/26/2011 | Other Receivable-Island Rox, LLC | UNITED PARCEL SERVICE | 10.20 |
| 3/30/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 16.20 |
| 3/30/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT WEST | 12.15 |
| 3/31/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 03/11 | 577.96 |
| 3/31/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 23.22 |
| 4/1/2011 | Other Receivable-Island Rox, LLC | BARWIG, DOUG | 9.73 |
| 4/4/2011 | Other Receivable-Island Rox, LLC | DUBINSKY, NICOLE | 2.55 |
| 4/4/2011 | Other Receivable-Island Rox, LLC | KEY, NIKKI | 217.66 |
| 4/4/2011 | Other Receivable-Island Rox, LLC | NIKKI KEY | 1.70 |
| 4/6/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 21.50 |
| 4/13/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 362.73 |
| 4/20/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 12.12 |
| 4/30/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 04/11 | 89.42 |
| 4/30/2011 | Other Receivable-Island Rox, LLC | Prod 858 Gal Strawberry | 4,995.27 |
| 4/30/2011 | Other Receivable-Island Rox, LLC | Prod 921 Gal Citrus | 5,362.06 |
| 4/30/2011 | Other Receivable-Island Rox, LLC | UNITED PARCEL SERVICE | 17.27 |
| 5/4/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 9.94 |
| 5/4/2011 | Other Receivable-Island Rox, LLC | BARRETTE, MICHAEL | 50.01 |
| 5/4/2011 | Other Receivable-Island Rox, LLC | DUBINSKY, NICOLE | 153.83 |
| 5/4/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 12.19 |
| 5/14/2011 | Other Receivable-Island Rox, LLC | UNITED PARCEL SERVICE | 12.36 |
| 5/19/2011 | Other Receivable-Island Rox, LLC | LJ EXPRESS TRUCKING COMPANY OF CA | 6.92 |
| 5/24/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 8.91 |
| 5/25/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 118.60 |
| 5/25/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 31.07 |
| 5/26/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 63.81 |
| 5/31/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 05/11 | 355.50 |
| 6/1/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 3.67 |
| 6/1/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 7.70 |
| 6/1/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 7.70 |
| 6/1/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 48.00 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 6/1/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 18.26 |
| 6/3/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 4.26 |
| 6/4/2011 | Other Receivable-Island Rox, LLC | BARWIG, DOUG | 2.00 |
| 6/4/2011 | Other Receivable-Island Rox, LLC | PLATINUM-RAYKO, JAMIE | 537.92 |
| 6/8/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 16.18 |
| 6/10/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 154.81 |
| 6/17/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 25.73 |
| 6/23/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 104.89 |
| 6/30/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 06/11 | 414.39 |
| 7/1/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 10.49 |
| 7/4/2011 | Other Receivable-Island Rox, LLC | DUBINSKY, NICOLE | 21.95 |
| 7/4/2011 | Other Receivable-Island Rox, LLC | PLATINUM-RAYKO, JAMIE | 497.18 |
| 7/21/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 102.00 |
| 7/22/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 37.47 |
| 7/26/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 102.00 |
| 7/29/2011 | Other Receivable-Island Rox, LLC | CON-WAY - CWCE | 102.00 |
| 7/31/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 07/11 | 479.82 |
| 8/4/2011 | Other Receivable-Island Rox, LLC | RAYKO, JAMIE | 799.98 |
| 8/23/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 25.00 |
| 8/23/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 93.60 |
| 8/24/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 10.22 |
| 8/31/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 93.20 |
| 8/31/2011 | Other Receivable-Island Rox, LLC | IR Mgmt Fee 08/11 | 85.05 |
| 8/31/2011 | Other Receivable-Island Rox, LLC | IR STOCKWELL 10057 082511 | 679.00 |
| 8/31/2011 | Other Receivable-Island Rox, LLC | IR STOCKWELL 9844 042711 | 269.00 |
| 9/1/2011 | Other Receivable-Island Rox, LLC | RC Rayko Plat Promo per DH | 922.10 |
| 9/1/2011 | Other Receivable-Island Rox, LLC | SPEAKEASY MARKETING, LLC | 1,575.00 |
| 9/4/2011 | Other Receivable-Island Rox, LLC | RAYKO, JAMIE | 129.30 |
| 9/9/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 15.38 |
| 9/15/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 93.60 |
| 9/17/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 27.27 |
| 9/20/2011 | Other Receivable-Island Rox, LLC | AVERITT EXPRESS INC. | 93.60 |
| 9/21/2011 | Other Receivable-Island Rox, LLC | GLEN THOMPSON | 36.40 |
| 9/22/2011 | Other Receivable-Island Rox, LLC | JENNY KULCHAR | 300.00 |
| 9/22/2011 | Other Receivable-Island Rox, LLC | SHANNON POWELL | 300.00 |
| 9/28/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 64.30 |
| 9/30/2011 | Other Receivable-Island Rox, LLC | IR Gal Shipped 0911 | 294.43 |
| 9/30/2011 | Other Receivable-Island Rox, LLC | IR Production 0911 | 5,274.73 |
| 10/1/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 30.83 |
| 10/4/2011 | Other Receivable-Island Rox, LLC | on T Jones Plat | 82.66 |

| Date | Account | Name | Amount |
|---|---|---|---|
| 10/4/2011 | Other Receivable-Island Rox, LLC | RAYKO, JAMIE | 168.18 |
| 10/12/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 244.42 |
| 10/15/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 103.87 |
| 10/20/2011 | Other Receivable-Island Rox, LLC | FEDEX FREIGHT EAST | 106.67 |
| 10/26/2011 | Other Receivable-Island Rox, LLC | FEDERAL EXPRESS | 18.10 |
| 10/27/2011 | Other Receivable-Island Rox, LLC | JENNY KULCHAR | 225.00 |
| 10/27/2011 | Other Receivable-Island Rox, LLC | SHANNON POWELL | 268.00 |
| 12/31/2010 | Other Receivable-Mor Energy | Interest Impute Mor Energy 2010 | 12,863.35 |
| 6/14/2011 | Other Receivable-Mor Energy | Daniel Claycamp | 6,000.00 |
| 7/12/2011 | Other Receivable-Mor Energy | Daniel Claycamp | 6,000.00 |
| 7/27/2011 | Other Receivable-Mor Energy | Daniel Claycamp | 5,000.00 |
| 8/15/2011 | Other Receivable-Mor Energy | Daniel Claycamp | 6,104.47 |
| 11/30/2010 | Other Receivable-QVI | Interest Impute YTD 080910 QVI | 6,343.03 |

Total activity (88,494.24)