Payments to Owners Through Dippin Dots, Inc.
11/1/2010 through 10/31/2011

|  | Connie Ulrich | | |
| --- | --- | --- | --- |
| Month | Rent paid to Charter Oak Properties | Property taxes paid to Charter Oak Properties | Total Paid |
| November 2010 | $ 15,230.33 | $ 3,728.13 | $ 18,958.46 |
| December 2010 | 15,230.33 | | 15,230.33 |
| January 2011 | 15,230.33 | | 15,230.33 |
| February 2011 | 15,230.33 | | 15,230.33 |
| March 2011 | 15,230.33 | | 15,230.33 |
| April 2011 | 15,230.33 | | 15,230.33 |
| May 2011 | 15,230.33 | | 15,230.33 |
| June 2011 | 15,230.33 | | 15,230.33 |
| July 2011 | 15,230.33 | | 15,230.33 |
| August 2011 | 15,230.33 | | 15,230.33 |
| September 2011 | 15,230.33 | | 15,230.33 |
| October 2011 | 15,230.33 | | 15,230.33 |
| Total | $ 182,763.96 | $ 3,728.13 | $ 186,492.09 |

Payments to Owners Through Dippin Dots, Inc.
11/1/2010 through 10/31/2011

|  | Connie Ulrich | | |
| --- | --- | --- | --- |
| Month | Insurance Paid by DDI | Life Insurance Paid by DDI | Total Paid on Owner's Behalf |
| November 2010 | $ 738.76 | $ 3.45 | $ 742.21 |
| December 2010 | 738.76 | 3.45 | 742.21 |
| January 2011 | 798.68 | 3.45 | 802.13 |
| February 2011 | 798.68 | 3.45 | 802.13 |
| March 2011 | 798.68 | 3.45 | 802.13 |
| April 2011 | 798.68 | 3.45 | 802.13 |
| May 2011 | 798.68 | 3.45 | 802.13 |
| June 2011 | 798.68 | 3.45 | 802.13 |
| July 2011 | 798.68 | 3.45 | 802.13 |
| August 2011 | 798.68 | 3.45 | 802.13 |
| September 2011 | 798.68 | 3.45 | 802.13 |
| October 2011 | 798.68 | 3.45 | 802.13 |
| Total | $ 9,464.32 | $ 41.40 | $ 9,505.72 |

Note: No wages were paid to Connie Ulrich during the reporting period. Connie's insurance coverage is through his wife's policy.

Payments to Owners Through Dippin Dots, Inc.
11/1/2010 through 10/31/2011

|  |  | Curt Jones | | |
|---|---|---|---|---|
| Pay Period | Date Paid | Gross Wages | Total Deductions | Net Wages |
| 10/17/10-10/30/10 | 11/5/2010 | $ 22,222.22 | $ 6,853.67 | $ 15,368.55 |
| 10/31/10-11/13/10 | 11/19/2010 | 22,222.22 | 6,853.67 | 15,368.55 |
| 11/14/10-11/27/10 | 12/3/2010 | 22,222.22 | 6,853.67 | 15,368.55 |
| 11/28/10-12/11/10 | 12/17/2010 | 20,000.00 | 1,462.90 | 18,537.10 |
| 12/12/10-12/25/10 | 12/31/2010 | 20,000.00 | 1,462.90 | 18,537.10 |
| 12/26/10 - 1/8/11 | 1/14/2011 | 20,769.23 | 6,305.25 | 14,463.98 |
| 1/9/11 - 1/22/11 | 1/28/2011 | 18,461.54 | 5,464.10 | 12,997.44 |
| 1/23/11 - 2/5/11 | 2/11/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 2/6/11 - 2/19/11 | 2/25/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 2/20/11 - 3/5/11 | 3/11/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 3/6/11 - 3/19/11 | 3/25/2011 | 18,461.54 | 5,464.10 | 12,997.44 |
| 3/20/11 - 4/2/11 | 4/8/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 4/3/11 - 4/16/11 | 4/22/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 4/17/11 - 4/30/11 | 5/6/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 5/1/11 - 5/14/11 | 5/20/2011 | 18,461.54 | 5,464.09 | 12,997.45 |
| 5/15/11 - 5/28/11 | 6/3/2011 | 23,076.92 | 7,146.41 | 15,930.51 |
| 5/29/11 - 6/11/11 | 6/17/2011 | 23,076.92 | 7,146.41 | 15,930.51 |
| 6/12/11 - 6/25/11 | 7/1/2011 | 23,076.92 | 7,146.40 | 15,930.52 |
| 6/26/11 - 7/9/11 | 7/15/2011 | 23,769.23 | 7,398.75 | 16,370.48 |
| 7/10/11 - 7/23/11 | 7/29/2011 | 23,769.23 | 7,398.76 | 16,370.47 |
| 7/24/11 - 8/6/11 | 8/12/2011 | 23,769.23 | 7,398.75 | 16,370.48 |
| 8/7/11 - 8/20/11 | 8/26/2011 | 23,769.23 | 7,398.76 | 16,370.47 |
| 8/21/11 - 9/3/11 | 9/9/2011 | 23,769.23 | 7,398.75 | 16,370.48 |
| 9/4/11 - 9/17/11 | 9/23/2011 | 23,769.23 | 7,398.75 | 16,370.48 |
| 9/18/11 - 10/1/11 | 10/7/2011 | 23,769.23 | 7,398.76 | 16,370.47 |
| 10/2/11 - 10/15/11 | 10/21/2011 | 23,769.23 | 7,398.75 | 16,370.48 |
| TOTAL |  | $ 552,974.35 | $ 159,598.14 | $ 393,376.21 |