**United States Bankruptcy Court**
**Western District of Kentucky**

| In re | Dippin' Dots, Inc. | | Case No. | 11-51077 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Curt Jones, declare under penalty of perjury that I am the President of Dippin' Dots, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 1st day of __Nov.__, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Curt Jones, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Curt Jones, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Curt Jones, President of this Corporation is authorized and directed to employ Todd A. Farmer 86214, attorney and the law firm of Farmer & Wright, PLLC, to represent the corporation in such bankruptcy case."

Date  **November 1, 2011**                      Signed  _Curt Jones_
                                                        Curt Jones

Resolution of Board of Directors
of
Dippin' Dots, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Curt Jones, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Curt Jones, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Curt Jones, President of this Corporation is authorized and directed to employ Todd A. Farmer 86214, attorney and the law firm of Farmer & Wright, PLLC to represent the corporation in such bankruptcy case.

Date  November 1, 2011          Signed  _____
                                        Curt Jones

Date  _____     Signed  _____