UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

DIPPIN' DOTS, INC.,  No. 11-51077
  Chapter 11

Debtor-in-Possession

**APPLICATION TO EMPLOY ATTORNEYS
AND DISCLOSURE UNDER 11 U.S.C. § 329(a)**

The Applicant, as Debtor-in-Possession, respectfully represents:

1. The Debtor has filed a petition herein seeking relief under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor is a manufacturer of specialty ice cream products which are sold throughout the United States in major venues such as theme parks, concert halls, and stadiums, as well as at franchised locations.

3. The Debtor wishes to employ Todd A. Farmer and Samuel J. Wright, Attorneys, with Farmer & Wright, PLLC, 329 N. 5th Street, Paducah, KY 42002-7766, under a general retainer to render legal advice to the Debtor with respect to its powers and duties as Debtor-in-Possession in the continued operation of the Debtor's business operations, and to perform all legal services of the Debtor-in-Possession which may be necessary in this case. The attorneys have been paid the amount of $75,000.00 as a general retainer, (plus $1,046.00 in filing fees). Attached hereto as Exhibit "A" are the Affidavits of the proposed attorneys.

4. The Applicant has selected Todd A. Farmer and Samuel J. Wright, Attorneys, with Farmer & Wright, PLLC, for the reason that they, and the firm, are knowledgeable as to the Debtor's business and property; and, are otherwise well qualified to represent the Debtor in this case.

-2-

5. To the best of the Applicant's knowledge and belief, Todd A. Farmer, Attorney, Samuel J. Wright, Attorney, nor Farmer & Wright, PLLC, have any connection with the Debtor, creditors, United States Trustee, or any person employed in the Office of the United States Trustee or any other party in interest, or their respective attorneys.

6. The Applicant wishes to employ these attorneys under a general retainer because of the extensive legal services which the Applicant anticipates will be required. Applicant acknowledges and agrees that said attorneys shall be compensated at the rate of Two Hundred Twenty-Five Dollars ($225.00) per hour for Todd A. Farmer and Two Hundred Five ($205.00) per hour for Samuel J. Wright, and further acknowledge that said compensation is fair and reasonable. Paralegal time shall be billed at Eighty-Five Dollars ($85.00) per hour. The professionals who may provide services on this case are:

> Todd A. Farmer, Attorney
> Samuel J. Wright, Attorney
> Stephanie B. Rumfelt, Paralegal
> Melody N. Roberts, Paralegal

Attached hereto as Exhibit "B" are the biographical sketches of the professionals who may provide service on this case.

7. The Applicants have represented the Debtor over the past year in an attempt to restructure its debts and in defense of a foreclosure action filed by its largest creditor.

8. The Debtor does not owe counsel any fees at the time of filing. Counsel is disinterested within the meaning of 11 U.S.C. §101(14).

9. The Applicant has billed and been paid by the Debtor on a monthly basis prior to the filing of the bankruptcy case.

WHEREFORE, the Applicant respectfully requests this Honorable Court to authorize the Debtor to employ Todd A. Farmer and Samuel J. Wright, Attorneys at Law, of Farmer & Wright, PLLC, to represent the Debtor and Debtor-in-Possession under a general retainer in this proceeding.

**DIPPIN' DOTS, INC.**

/s/ *by Curt Jones, President*
By:

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application to Employ Attorneys, Affidavit of proposed attorney and tendered order filed and sent to those parties not receiving electronic notice.

/s/ TODD A. FARMER
Todd A. Farmer
Farmer & Wright, PLLC
329 N. 5th Street
P. O. Box 7766
Paducah, KY 42002-7766
270-443-4431
Fax: 270-443-4631