UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

DIPPIN' DOTS, INC.,                                                                 No. 11-51077
                                                                                    Chapter 11
                        Debtor-in-Possession

**AFFIDAVIT OF PROPOSED ATTORNEY AND**
**STATEMENT OF DISCLOSURE PURSUANT TO 11 U.S.C. § 329(a)**

COMMONWEALTH OF KENTUCKY    )
COUNTY OF McCRACKEN         )

Before me, the undersigned authority, personally appeared, Todd A. Farmer, who, after being first duly sworn according to law, states as follows:

1. I am Todd A. Farmer, and I am an Attorney at Law duly licensed to practice in the State of Kentucky.

2. I maintain a law office at Farmer & Wright, PLLC, 329 N. 5th Street, P. O. Box 7766, Paducah, Kentucky 42002-7766, Phone: 270-443-4431, Fax: 270-443-4631, e-mail: todd@farmerwright.com.

3. To the best of my knowledge, I have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except for the following: The proposed attorney's former law partner, Alan Stout, served on the panel of Chapter 7 Trustees for the Western District of Kentucky.

4.	I have represented a significant number of debtors and creditors in Chapter 11 proceedings over the last 10 years and have the knowledge and experience necessary to represent the Debtor in this case.

4.	The attorney states that his firm has received a general retainer in this matter in the sum of $75,000.00 plus $1,046.00 in filing fees.  Professionals who may provide services on this case are:

> Todd A. Farmer, Attorney - $225.00 per hour
> Samuel J. Wright, Attorney - $205.00 per hour
> Stephanie B. Rumfelt, Paralegal - $85.00 per hour
> Melody N. Roberts, Paralegal - $85.00 per hour

5.	The Applicants have advised the Debtor within the year prior to the filing of the bankruptcy petition.

6.	I am disinterested within the meaning of 11 U.S.C. §101(14).

/s/    TODD A. FARMER
Todd A. Farmer
Farmer & Wright, PLLC
329 N. 5th Street
Paducah, KY 42002-7766
270-443-4431
Fax:  270-443-4631

The foregoing affidavit was subscribed and sworn to before me by Todd A. Farmer, Attorney at Law, on this 3rd day of November, 2011.

/s/    STEPHANIE RUMFELT    No. 403310
NOTARY PUBLIC (STATE AT LARGE)

My Commission Expires: 8/24/2013