UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

DIPPIN' DOTS, INC.,                                                                                No. 11-51077

                                                                                                         Chapter 11

　　　　　　　　　　　Debtor-in-Possession

**AFFIDAVIT OF PROPOSED ATTORNEY AND
STATEMENT OF DISCLOSURE PURSUANT TO 11 U.S.C. § 329(a)**

COMMONWEALTH OF KENTUCKY　　)
COUNTY OF McCRACKEN　　　　　　)

　　　　Before me, the undersigned authority, personally appeared, Samuel J. Wright, who, after being first duly sworn according to law, states as follows:

　　　　1.　　I am Samuel J. Wright, and I am an Attorney at Law duly licensed to practice in the State of Kentucky.

　　　　2.　　I maintain a law office at Farmer & Wright, PLLC, 329 N. 5th Street, P. O. Box 7766, Paducah, Kentucky  42002-7766, Phone:  270-443-4431, Fax:  270-443-4631, e-mail: sam@farmerwright.com.

　　　　3.　　To the best of my knowledge, I have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

　　　　4.　　The attorney states that his firm has received a general retainer in this matter in the sum of $75,000.00 plus $1,046.00 in filing fees.  Professionals who may provide services on this case are:

       Todd A. Farmer, Attorney - $225.00 per hour
       Samuel J. Wright, Attorney - $205.00 per hour
       Stephanie B. Rumfelt, Paralegal - $85.00 per hour
       Melody N. Roberts, Paralegal - $85.00 per hour

5.     The Applicants have advised the Debtor within the year prior to the filing of the bankruptcy petition.

6.     I am disinterested within the meaning of 11 U.S.C. §101(14).

       /s/     SAMUEL J. WRIGHT
       Samuel J. Wright
       Farmer & Wright, PLLC
       329 N. 5th Street
       P.O. Box 7766
       Paducah, KY 42002-7766
       270-443-4431
       Fax: 270-443-4631

The foregoing affidavit was subscribed and sworn to before me by Samuel J. Wright, Attorney at Law, on this 3rd day of November, 2011.

       /s/     STEPHANIE RUMFELT    No. 403310
       NOTARY PUBLIC (STATE AT LARGE)

       My Commission Expires: 8/24/2013