# FARMER & WRIGHT, PLLC

329 NORTH FIFTH STREET
P. O. BOX 7766
PADUCAH, KENTUCKY 42002-7766
TELEPHONE: 270-443-4431
FAX: 270-443-4631
e-mail: todd@farmerwright.com
e-mail: sam@farmerwright.com

**TODD A. FARMER**
ATTORNEY/MEMBER

Mr. Farmer attended the University of Kentucky (B.S., Accounting 1992) and the University of Kentucky College of Law (J.D., 1995), and was admitted to practice law in the Commonwealth of Kentucky in 1996.  During 2000 and 2001, Mr. Farmer served as the Assistant County Attorney for McCracken County, Kentucky.  Also a Certified Public Accountant (1995), Mr. Farmer's primary areas of practice include commercial litigation, personal injury, business turnaround/workouts with an emphasis on bankruptcy.  He is a member of the American Bar Association, the Kentucky Bar Association, the National Association of Bankruptcy Trustees, and the Kentucky Justice Association.

**SAMUEL J. WRIGHT**
ATTORNEY/MEMBER

Mr. Wright attended Murray State University (B.S., Biology) and Southern Illinois University School of Law (J.D., 2005).  Mr. Wright was admitted to practice law in the State of Missouri in 2005, the State of Illinois in 2006, and the Commonwealth of Kentucky in 2008.  Mr. Wright's primary areas of practice include commercial litigation and bankruptcy.  He is a member of the American Bar Association, the Kentucky Bar Association, and the McCracken County Bar Association.

### STEPHANIE B. RUMFELT
**PARALEGAL**

Ms. Rumfelt brings 35 years of legal experience to the firm.  Ms. Rumfelt has 14 years of service with the federal judiciary at the U. S. Bankruptcy Court and U. S. District Court levels, along with a background in human resource management.  She currently assists the firm with bankruptcy issues involved with Chapters 7, 11, 12 and 13, handled by Farmer & Wright, PLLC, as well as litigation matters, document review and production, and office administration.

### MELODY N. ROBERTS
**PARALEGAL**

Ms. Roberts is heavily involved in Chapter 7 Bankruptcy litigation.  Ms. Roberts works with the U.S. Bankruptcy Court and U.S. District Court extensively, and is currently assisting the firm with bankruptcy issues involving Chapters 7, 11, 12, and Chapter 13 proceedings.  Ms. Roberts is a member of the Western Kentucky Paralegals.  She also works in areas of civil litigation, foreclosure, and real estate matters.