UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

DIPPIN' DOTS, INC.,                                                                                   No. 10-51077
                                                                                                                   Chapter 11
                                            Debtor-in-Possession

**ORDER AUTHORIZING APPOINTMENT OF ATTORNEYS
AND AUTHORIZING PAYMENT OF GENERAL RETAINER**

Upon Application of Dippin' Dots, Inc., as Debtor-in-Possession, for authority to employ and appoint Todd A. Farmer and Samuel Wright, Attorneys at Law of Farmer & Wright, PLLC, to represent the Debtor-in-Possession herein, and upon the affidavits of Todd A. Farmer and Samuel Wright, and it appearing that no adverse interests having been represented, and it further appearing that Todd A. Farmer and Samuel Wright are attorneys duly admitted to practice in this Court and are experienced bankruptcy practitioners and the Court being satisfied that they represent no interest adverse to the estate in the matters upon which they are engaged, that their employment is necessary and would be to the best interest of the estate, and that this case is one justifying a general retainer, it is hereby

ORDERED, ADJUDGED, and DECREED that the Debtor is hereby authorized to employ and appoint Todd A. Farmer and Samuel Wright, Attorneys at Law of Farmer & Wright, PLLC, and to represent the Debtor-in-Possession pursuant to the terms outlined in the Motion and in all matters arising within this case under Chapter 11 of the Bankruptcy Code, and are further authorized to pay said attorneys a reasonable fee upon application and approval of this Court.

***Prepared by:***
Todd A. Farmer
Farmer & Wright, PLLC
329 N. 5th Street
Paducah, KY  42002-7766
270-443-4431
Fax:  270-443-4631