# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Dippin' Dots, Inc.

Case No.:11−51077

Chapter: 11

Debtor(s)

Judge: Thomas H. Fulton

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Use Cash Collateral . Filed by Debtor Dippin' Dots, Inc. [7]. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 11/17/2011 at 09:30 AM (Central Time) at Paducah Courthouse, Federal Building, 5th & Broadway, Paducah, KY 42001. cc: matrix (Estrada, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/4/11

By: ame  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court